UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

GARY TATINTSIAN,

        Plaintiff, Counterclaim-Defendant,

-against-

MIKHAIL VOROTYNTSEV,

        Defendant, Counterclaim-Plaintiff,

and,

SHOPLINK INC.,

        Nominal Defendant, Counterclaim-Plaintiff.

------------------------------------------------------------------------x

Case No. 16-CV-7203 (GHW)(JLC)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL TO DEFENDANT SHOPLINK INC.**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Parker Pohl LLP's Motion to Withdraw as Counsel to Defendant ShopLink Inc., the Declaration of David M. Pohl, dated November 15, 2019, and upon all prior proceedings, Parker Pohl LLP shall move this Court, before the Honorable Gregory H. Woods, at the U.S. Courthouse located at 500 Pearl Street, New York, New York 10007, at any time the Court may set, for an Order granting Parker Pohl LLP's Motion to Withdraw as Counsel to Defendant ShopLink Inc. pursuant to Local Rule 1.4 and Rule 1.16 of the New York Rules of Professional Conduct.

Dated: New York, New York
       November 15, 2019

**PARKER POHL LLP**

By: _____
     David M. Pohl

420 Lexington Avenue, Suite 2440
New York, New York 10170
(212) 202-8886

*Attorneys for Defendant ShopLink Inc.*