UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARY TATINTSIAN, on his own behalf and for the benefit of ShopLink Inc.,

    Plaintiff/Counterclaim Defendant,

  -against-

MIKHAIL VOROTYNTSEV and ELENA VOROTYNTSEV,

    Defendants, Counterclaim-Plaintiff and,

SHOPLINK INC.,

    Nominal Defendant/Counterclaim Plaintiff.

---

MIKHAIL VOROTYNTSEV,

    Third-Party Plaintiff,

-against-

DMITRIY KHMALADZE, ITADAPTER CORPORATION, INC., YOUNIS ZUBCHEVICH and DIABETICA RESEARCH SOLUTIONS, INC.,

    Third-Party Defendants.

---

SHOPLINK INC.,

    Cross-Claim Plaintiff,

-against-

YOUNIS ZUBCHEVICH

    Cross-Claim Defendant.

Case No. 16 Civ. 7203 (GHW)(JLC)

**NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS MIKHAIL VOROTYNTSEV AND ELENA VOROTYNTSEV**

PLEASE TAKE NOTICE THAT, upon the accompanying Declaration of Frank J. Franzino Jr., with the exhibits annexed thereto, and Memorandum of Law in Support of Motion to Withdraw as Counsel for Defendants Mikhail Vorotyntsev and Elena Vorotyntsev, and upon all proceedings in the matter held heretofore, Franzino & Scher LLC will move this Court before the Honorable Gregory Woods, United States District Judge, United States Court House, 500 Pearl Street, New York, New York 10007, at such date and time as the Court may direct, for an order granting Franzino & Scher LLC leave to withdraw as counsel for Mikhail and Elena Vorotyntsev in the above captioned matter pursuant to U.S. District Court for the Southern District of New York Local Rule 1.4 and N.Y. Prof. Conduct Rule 1.16.

Dated: New York, New York
November 15, 2019

FRANZINO & SCHER LLC

By: /s/ Frank J. Franzino Jr.
Frank J. Franzino Jr.
120 West 45th Street, Suite 2801
New York, New York 10036
(212) 230-1140