USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/03/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

GARY TATINTSIAN, *on his own behalf and for the benefit of Shoplink, Inc.*

                                   Plaintiff,

           -against-

MIKHAIL VOROTYNTSEV, and ELENA VOROTYNTSEV,

                              Defendants.

    and,

  SHOPLINK, Inc.

                    Nominal Defendant.

1:16-cv-7203-GHW

1:16-cv-8029-GHW

ORDER

-----------------------------------------------------------------X

-----------------------------------------------------------------X

DIMITRY KHMALADZE, and ITADAPTER CORPORATION, INC.,

                              Plaintiffs,

           -against-

MIKHAIL VOROTYNTSEV, AUM CODE LLC, IT ADAPTER, LLC, and, SHOPLINK, INC.

                              Defendants.

-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

      On November 25, 2019, the Court entered an order granting David M. Pohl's motion to withdraw as counsel for ShopLink, Inc. in the *Tatintsian* case and as counsel for Aum Code LLC, IT Adapter LLC, and ShopLink Inc. in the *Khmaladze* case and Frank J. Franzino Jr.'s motion to withdraw as counsel for Mikhail Vorotyntsev and Elena Vorotyntsev in both cases. Case No. 16-cv-

7203, Dkt. No. 218; Case No. 16-cv-8029, Dkt. No. 103. That order directed replacement counsel for Aum Code LLC, IT Adapter LLC, and ShopLink Inc. to enter a notice of appearance in both cases by no later than January 6, 2020, and noted that if no attorney entered an appearance on behalf of Aum Code LLC, IT Adapter LLC, and ShopLink Inc. by that date, the Court would enter a default against those entities. *Id.* On January 6, 2020, Mikhail Vorotyntsev filed a letter with the Court requesting an extension of time to retain new counsel. Case No. 16-cv-7203, Dkt. No. 222; Case No. 16-cv-8029, Dkt. No. 104. The Court granted that extension until January 24, 2020. Case No. 16-cv-7203, Dkt. No. 223; Case No. 16-cv-8029, Dkt. No. 105.

As of the date of this order, new counsel has not entered an appearance on behalf of Aum Code LLC, IT Adapter LLC, and ShopLink Inc. The Court therefore finds those entities in default. Because Mikhail Vorotyntsev and Elena Vorotyntsev are entitled to represent themselves in their individual capacities *pro se*, the Court will hold a telephone conference on February 14, 2020 at 2:00 p.m. to discuss further scheduling in this matter. The parties are directed to call Chambers (212-805-0296) at that time with all parties on the line.

The Clerk of Court is directed to enter a certificate of default against ShopLink, Inc. in the *Tatintsian* case, Case No. 16-cv-7203, and against Aum Code LLC, IT Adapter LLC, and ShopLink Inc. in the *Khmalade* case, Case No. 16-cv-8029, and to mail a copy of this order to Mikhail Vorotyntsev, Elena Vorotyntsev, Aum Code LLC, IT Adapter LLC, and ShopLink Inc.

SO ORDERED.

Dated: February 3, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2