USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/07/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

GARY TATINTSIAN, *on his own behalf and for the benefit of Shoplink, Inc.*

                Plaintiff,

-against-

MIKHAIL VOROTYNTSEV, and ELENA VOROTYNTSEV,

                Defendants.

and,

SHOPLINK, Inc.

                Nominal Defendant.

-----------------------------------------------------------------X

-----------------------------------------------------------------X

DIMITRY KHMALADZE, and ITADAPTER CORPORATION, INC.,

              Plaintiffs,

-against-

MIKHAIL VOROTYNTSEV, AUM CODE LLC, IT ADAPTER, LLC, and, SHOPLINK, INC.

             Defendants.

-----------------------------------------------------------------X

1:16-cv-7203-GHW

1:16-cv-8029-GHW

ORDER

GREGORY H. WOODS, District Judge:

On February 3, 2020, the Court entered an order scheduling a telephone conference in these related cases for February 14, 2020 at 2:00 p.m. That conference will instead be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. Mikhail and Elena

Vorotyntsev as well as counsel for all represented parties and are directed to attend this conference in person.

If counsel for Mr. Tatintsian or Mr. Khmaladze are in possession of Mikhail and Elena Vorotyntsev's email addresses, they are directed to send a copy of this order to the Vorotyntsevs by email. The Clerk of Court is directed to mail a copy of this order to Mikhail Vorotyntsev, Elena Vorotyntsev, Aum Code LLC, IT Adapter LLC, and ShopLink Inc.

SO ORDERED.

Dated: February 7, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge