USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

GARY TATINTSIAN, *on his own behalf and for the benefit of Shoplink, Inc.*

           Plaintiff,

    -against-

MIKHAIL VOROTYNTSEV, and ELENA VOROTYNTSEV,

           Defendants.

  and,

 SHOPLINK, Inc.

          Nominal Defendant.

------------------------------------------------------------------X

------------------------------------------------------------------X

DIMITRY KHMALADZE, and ITADAPTER CORPORATION, INC.,

           Plaintiffs,

    -against-

MIKHAIL VOROTYNTSEV, AUM CODE LLC, IT ADAPTER, LLC, and, SHOPLINK, INC.

           Defendants.

------------------------------------------------------------------X

1:16-cv-7203-GHW

1:16-cv-8029-GHW

ORDER

GREGORY H. WOODS, District Judge:

  The hearing scheduled for March 25, 2020 at 1:30 p.m. will be held via conference call. The parties can access the conference call system by dialing (888) 557-8511 or (215) 446-3649 and entering the access code 7470200. Because Mikhail and Elena Vorotyntsev are still unrepresented by

counsel, they are directed to appear on the call. The Clerk of Court is directed to mail a copy of this order to Mikhail Vorotyntsev and Elena Vorotyntsev.

SO ORDERED.

Dated: March 18, 2020
New York, New York

GREGORY H. WOODS
United States District Judge