USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GARY TATINTSIAN, *on his own behalf and for the benefit of Shoplink, Inc.*

                                    Plaintiff,

                -against-

MIKHAIL VOROTYNTSEV, and ELENA VOROTYNTSEV,

                                 Defendants.

    and,

 SHOPLINK, Inc.

                          Nominal Defendant.

1:16-cv-7203-GHW

1:16-cv-8029-GHW

ORDER

-------------------------------------------------------------------X

-------------------------------------------------------------------X
DIMITRY KHMALADZE, and ITADAPTER CORPORATION, INC.,

                                Plaintiffs,

                -against-

MIKHAIL VOROTYNTSEV, AUM CODE LLC, IT ADAPTER, LLC, and, SHOPLINK, INC.

                                Defendants.
-------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

     On May 31, 2020, the Court issued a memorandum opinion and order requiring the Corporate Defendants to pay Plaintiffs' reasonable attorneys' fees in connection with default judgment and vacatur proceedings. Case No. 1:16-cv-7203-GHW, Dkt. No. 261; Case No. 1:16-cv-8029-GHW, Dkt. No. 148. Counsel for the Corporate Defendants was directed to serve a copy of

the order on Mr. Vorotyntsev and Mrs. Vorotyntsev within two days of the date the order was entered on the docket, and to file proof of service. The order was entered on the on docket June 1, 2020. To date, counsel has not filed proof of service. Counsel is directed to file proof of service forthwith, and in no event later than June 9, 2020.

Counsel for the Corporate Defendants is further directed to serve a copy of this order on the Vorotyntsevs and to file proof of service on the docket by June 9, 2020. The Vorotyntsevs and counsel for the Corporate Defendants are reminded that if the Vorotyntsevs consent to service via ECF, counsel for the Corporate Defendants will not be required to serve copies of the Court's orders on the Vorotyntsevs. A consent to electronic service form is available on the Court's website.

SO ORDERED.

Dated: June 5, 2020

_____
GREGORY H. WOODS
United States District Judge