```
                                          ┌─────────────────────────────────┐
                                          │ USDC SDNY                         │
                                          │ DOCUMENT                          │
                                          │ ELECTRONICALLY FILED              │
                                          │ DOC #: _____           │
                                          │ DATE FILED: 7/9/20                │
                                          └─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARY TATINTSIAN, *on his own behalf and for the*          :
*benefit of Shoplink, Inc.*                               :
                                                          :
                                        Plaintiff,        :            1:16-cv-7203-GHW
                                                          :
                    -against-                             :            1:16-cv-8029-GHW
                                                          :
MIKHAIL VOROTYNTSEV, and ELENA                            :            ORDER
VOROTYNTSEV,                                              :
                                                          :
                                        Defendants.       :
                                                          :
            and,                                          :
                                                          :
  SHOPLINK, Inc.                                          :
                                                          :
                            Nominal Defendant.            :
                                                          :
-----------------------------------------------------------------X

-----------------------------------------------------------------X
DIMITRY KHMALADZE, and ITADAPTER                          :
CORPORATION, INC.,                                        :
                                                          :
                                        Plaintiffs,       :
                                                          :
                    -against-                             :
                                                          :
MIKHAIL VOROTYNTSEV, AUM CODE LLC,                        :
IT ADAPTER, LLC, and, SHOPLINK, INC.                      :
                                                          :
                                        Defendants.       :
                                                          :
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

        The Court will hold a conference call on July 14, 2020 at 1:00 p.m. to discuss the parties'

proposed case management plans.  The parties are directed to use the conference call dial-in

information and access code noted in the Court's Emergency Rules in Light of COVID-19 available

on the Court's website, and are specifically directed to comply with Rule 2(C).

Counsel for the Corporate Defendants is directed to serve a copy of this order on the Vorotyntsevs and to file proof of service on the docket by July 10, 2020.

The Court has received the parties' request for the address of Mr. Vorotyntsev to be updated on the docket in the *Khmaladze* action.  Case No. 1:16-cv-8029-GHW, Dkt. No. 157.  The Clerk of Court is directed to change Mr. Vorotyntsev's address in both the *Khmaladze* action, Case No. 1:16-cv-8029-GHW, and the *Tatintsian* action, Case No. 1:16-cv-7203-GHW, to 511 Avenue of the Americas, Suite 372, New York, NY 10011.  The parties are directed to advise the Court whether the same change should be made to Ms. Vorotyntsev's address by July 13, 2020.

SO ORDERED.

Dated:  July 9, 2020

_____
GREGORY N. WOODS
United States District Judge