USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

GARY TATINTSIAN, *on his own behalf and for the benefit of Shoplink, Inc.*

                                                     Plaintiff,

-against-

MIKHAIL VOROTYNTSEV, and ELENA VOROTYNTSEV,

                                                   Defendants.

    and,

SHOPLINK, Inc.

                                        Nominal Defendant.

1:16-cv-7203-GHW

1:16-cv-8029-GHW

ORDER

-------------------------------------------------------------------X

-------------------------------------------------------------------X

DIMITRY KHMALADZE, and ITADAPTER CORPORATION, INC.,

                                                   Plaintiffs,

-against-

MIKHAIL VOROTYNTSEV, AUM CODE LLC, IT ADAPTER, LLC, and, SHOPLINK, INC.

                                                   Defendants.

-------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

       The Court held a status conference on July 14, 2020. At the conference, the Court approved the parties proposed case management plans. Contemporaneously with this order, the Court is entering case management plans in both of the above-captioned matters. Accordingly, the stays in these matters will be lifted.

During the hearing, Elena Vorotyntsev informed the Court that her address should be changed to 511 Avenue of the Americas, Suite 372, New York, NY 10011.  The Clerk of Court is directed to change Ms. Vorotyntsev's address in both the *Khmaladze* action, Case No. 1:16-cv-8029-GHW, and the *Tatintsian* action, Case No. 1:16-cv-7203-GHW.

The Clerk of Court is directed to lift the stays in these matters.  In accordance with the Court's June 26, 2020 order, the Clerk of Court is further directed to vacate the defaults entered against the Corporate Defendants in each action.  *See* Case No. 1:16-cv-7203-GHW, Dkt. No. 226 (certificate of default against ShopLink Inc.); Case No. 1:16-cv-8029-GHW, Dkt. No. 108 (certificate of default against Aum Code LLC, IT Adapter LLC, and ShopLink Inc.).

Counsel for the Corporate Defendants is directed to serve a copy of this order on Mr. and Ms. Vorotyntsev.

SO ORDERED.

Dated:  July 15, 2020

_____
GREGORY H. WOODS
United States District Judge