UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/20

------------------------------------------------------------X

GARY TATINTSIAN, *on his own behalf and for the*
*benefit of Shoplink, Inc.*                                 :
                                                            :
                                                            :
                                    Plaintiff,              :          1:16-cv-7203-GHW
                                                            :
                    -against-                               :          1:16-cv-8029-GHW
                                                            :
MIKHAIL VOROTYNTSEV, and ELENA                              :          <u>ORDER</u>
VOROTYNTSEV,                                                :
                                                            :
                                    Defendants.             :
                                                            :
        and,                                                :
                                                            :
    SHOPLINK, Inc.                                          :
                                                            :
                            Nominal Defendant.              :
                                                            :
------------------------------------------------------------X

------------------------------------------------------------X

DIMITRY KHMALADZE, and ITADAPTER                            :
CORPORATION, INC.,                                          :
                                                            :
                                    Plaintiffs,             :
                                                            :
                    -against-                               :
                                                            :
MIKHAIL VOROTYNTSEV, AUM CODE LLC,                          :
                                                            :
IT ADAPTER, LLC, and, SHOPLINK, INC.                        :
                                                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

On July 22, 2020, the parties in each action submitted proposed protective orders.

However, the parties did not comply with Rule 4(D) of the Court's Individual Rules of Practice in

Civil Cases, which requires the proposed protective order to be accompanied by a cover letter and, if

necessary, a blackline showing all deviations from the Court's Model Protective Order.  The parties

are directed to resubmit the proposed orders and comply with Rule 4(D) by July 27, 2020.

Counsel for the Corporate Defendants is directed to mail a copy of this order to Mr. and Ms.

Vorotyntsev.

SO ORDERED.

Dated:  July 23, 2020

_____
GREGORY H. WOODS
United States District Judge