USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

GARY TATINTSIAN, *on his own behalf and for the benefit of Shoplink, Inc.*

                              Plaintiff,

                -against-

MIKHAIL VOROTYNTSEV, and ELENA VOROTYNTSEV,

                             Defendants.

    and,

  SHOPLINK, Inc.

                      Nominal Defendant.

1:16-cv-7203-GHW

1:16-cv-8029-GHW

<u>ORDER</u>

------------------------------------------------------------------X

------------------------------------------------------------------X

DIMITRY KHMALADZE, and ITADAPTER CORPORATION, INC.,

                            Plaintiffs,

              -against-

MIKHAIL VOROTYNTSEV, AUM CODE LLC, IT ADAPTER, LLC, and, SHOPLINK, INC.

                           Defendants.

------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

       The Court has received and reviewed the stipulations of substitution of counsel filed by the Corporate Defendants' attorney. Case No. 1:16-cv-7203-GHW, Dkt. No. 281; Case No. 1:16-cv-8029-GHW, Dkt. No. 169. The Court declines to enter those stipulations because they do not fully comply with Local Rule 1.4. Under Local Rule 1.4, such a stipulation must be signed by all parties

to the litigation.  Alternatively, counsel may move for leave to withdraw.  Any such motion must comply fully with the requirements of Local Rule 1.4.

Counsel for the Corporate Defendants is directed to mail a copy of this order to Mr. and Ms. Vorotyntsev.

SO ORDERED.

Dated:  November 16, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge