USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

GARY TATINTSIAN, *on his own behalf and for the benefit of Shoplink, Inc.*

                                  Plaintiff,

-against-

MIKHAIL VOROTYNTSEV, and ELENA VOROTYNTSEV,

                                  Defendants.

and,

SHOPLINK, Inc.

                       Nominal Defendant.

-------------------------------------------------------------------X

1:16-cv-7203-GHW

1:16-cv-8029-GHW

ORDER

-------------------------------------------------------------------X

DIMITRY KHMALADZE, and ITADAPTER CORPORATION, INC.,

                                  Plaintiffs,

-against-

MIKHAIL VOROTYNTSEV, AUM CODE LLC, IT ADAPTER, LLC, and, SHOPLINK, INC.

                                  Defendants.

-------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

    On January 8, 2021, the Court held a conference regarding the request for an extension of the fact discovery deadline filed by Mr. Davis. Case No. 1:16-cv-7203-GHW, Dkt. Nos. 298; *see also* Case No. 1:16-cv-8029-GHW, Dkt. No. 182. For the reasons stated on the record, that motion is DENIED.

As discussed during the conference, the Court expects Mr. Seibert and Mr. Braunstein to file any renewed motion to withdraw as counsel by January 13, 2021.  Mr. Davis' motion to withdraw as counsel for Mr. and Mrs. Vorotyntsev is due no later January 18, 2021.

The post-discovery status conference scheduled for January 18, 2021 is adjourned to February 10, 2021.  The deadline for the parties to submit the joint letter described in the case management plan and scheduling order entered on July 15, 2020 and to file pre-motion letters in connection with any motion for summary judgment is February 1, 2021.

SO ORDERED.

Dated:  January 8, 2021

_____
GREGORY H. WOODS
United States District Judge