UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/22/2021
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

:

CITY OF SYRACUSE, NY, CITY OF SAN
JOSE, CA, CITY OF CHICAGO, IL, CITY OF
COLUMBIA, SC, EVERYTOWN FOR GUN
SAFETY ACTION FUND and EVERYTOWN
FOR GUN SAFETY SUPPORT FUND,

                    Plaintiffs,

            v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, REGINA
LOMBARDO, in her official capacity as Acting
Director of the Bureau of Alcohol, Tobacco,
Firearms, and Explosives, UNITED STATES
DEPARTMENT OF JUSTICE, and WILLIAM
BARR, in his official capacity as ATTORNEY
GENERAL, U.S. Department of Justice,

                    Defendants.

No. 1:20-cv-06885-GHW

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that going forward I, Elizabeth B. Prelogar, will no longer be employed at Cooley LLP and will no longer be representing Plaintiffs City of Syracuse, NY; City of San Jose, CA; City of Columbia, SC; Everytown for Gun Safety Action Fund; and Everytown for Gun Safety Support Fund.  Because Plaintiffs will continue to be represented by attorneys from Everytown for Gun Safety and Cooley LLP, I do not expect that my withdrawal will cause any disruption in this matter.

Accordingly, pursuant to Local Rule 1.4, I respectfully request that the Court order my withdrawal and no longer send me docketing notifications via the ECF System.

1

I am not retaining or charging a lien.

Dated: New York, New York          Respectfully Submitted,
       January 22, 2021

                                   By:   _/s/Elizabeth B. Prelogar_____
                                         Elizabeth B. Prelogar

Elizabeth B. Prelogar is granted leave to withdraw as counsel for Plaintiffs.
The Clerk of Court is instructed to terminate Ms. Prelogar from the list of active counsel in this case.
SO ORDERED.

Dated:  January 22, 2021          _____
                                         GREGORY H. WOODS
                                    United States District Judge