```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARY TATINTSIAN, *on his own behalf and for the benefit of Shoplink, Inc.*

                       Plaintiff,

                 -against-

MIKHAIL VOROTYNTSEV, and ELENA VOROTYNTSEV,

                       Defendants.

    and,

SHOPLINK, Inc.

                       Nominal Defendant.
-----------------------------------------------------------------X

-----------------------------------------------------------------X
DIMITRY KHMALADZE, and IT ADAPTER CORPORATION, INC.,

                       Plaintiffs,

                 -against-

MIKHAIL VOROTYNTSEV, AUM CODE LLC, IT ADAPTER, LLC, and, SHOPLINK, INC.

                       Defendants.
-----------------------------------------------------------------X

1:16-cv-7203-GHW

1:16-cv-8029-GHW

ORDER

GREGORY H. WOODS, District Judge:

       The Court has received Mr. Seibert's *ex parte* affidavit in support of his motion to withdraw as counsel. Case No. 1:16-cv-07203-GHW, Dkt. No. 318; Case No. 1:16-cv-08029-GHW, Dkt. No. 196. Mr. Seibert is directed to submit by January 28, 2021 at 12:00 p.m. a supporting affidavit that includes only pertinent information appropriate for public disclosure. The Court will not consider

Mr. Seibert's *ex parte* affidavit unless the publicly accessible affidavit is insufficient to permit the Court to rule on Mr. Seibert's application.

Mr. Seibert is directed to serve a copy of this order and his forthcoming public affidavit on Mr. and Mrs. Vorotyntsev.

SO ORDERED.

Dated: January 26, 2021

_____
GREGORY H. WOODS
United States District Judge