```
                                                USDC SDNY
                                                DOCUMENT
UNITED STATES DISTRICT COURT                    ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                   DOC #: _____
-----------------------------------------------------------------X   DATE FILED: 3/16/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY TATINTSIAN, *on his own behalf and for the benefit of Shoplink, Inc.*

          Plaintiff,

-against-

MIKHAIL VOROTYNTSEV, and ELENA VOROTYNTSEV,

          Defendants.

and,

SHOPLINK, Inc.

         Nominal Defendant.

1:16-cv-7203-GHW

1:16-cv-8029-GHW

ORDER

---

DIMITRY KHMALADZE, and ITADAPTER CORPORATION, INC.,

         Plaintiffs,

-against-

MIKHAIL VOROTYNTSEV, AUM CODE LLC, IT ADAPTER, LLC, and, SHOPLINK, INC.

         Defendants.

**GREGORY H. WOODS, District Judge:**

  On March 16, 2021, the Court held a teleconference with the parties. For the reasons stated on the record, the Corporate Defendants' request to reopen discovery is DENIED. As discussed at the conference, the Court extends the deadline for the submission of pre-motion letters regarding

potential motions for summary judgment. Such letters must be filed on May 14, 2021.

The Clerk of Court is directed to mail a copy of this order to Mr. Vorotyntsev by first class and certified mail.

SO ORDERED.

Dated: March 16, 2021
New York, New York

                                                GREGORY H. WOODS
                                                United States District Judge