USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

GARY TATINTSIAN, *on his own behalf and for the benefit of Shoplink, Inc.*

                              Plaintiff,

-against-

MIKHAIL VOROTYNTSEV, and ELENA VOROTYNTSEV,

                              Defendants.

and,

SHOPLINK, Inc.

                         Nominal Defendant.

1:16-cv-7203-GHW

1:16-cv-8029-GHW

ORDER

-----------------------------------------------------------------X

-----------------------------------------------------------------X

DIMITRY KHMALADZE, and IT ADAPTER CORPORATION, INC.,

                             Plaintiffs,

-against-

MIKHAIL VOROTYNTSEV, AUM CODE LLC, IT ADAPTER, LLC, and, SHOPLINK, INC.

                             Defendants.

-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

On June 1, 2021, the Court held a teleconference at which it discussed Messrs. Tatintsian and Khamaldze's anticipated motions for summary judgment. As stated on the record, motions for summary judgment are due on September 2, 2021; any opposition is due no later than October 14, 2021; any reply is due no later than October 28, 2021. The Court reminds the parties that Rule 1(A)

of the Court's Emergency Individual Rules and Practices in Light of COVID-19 is suspended to the extent that rule forbids the parties to submit hard courtesy copies. The parties are directed to provide courtesy copies to the Court in the manner prescribed by the Court's Individual Rules of Practice in Civil Cases.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 214 in Case No. 1:16-cv-08029.

SO ORDERED.

Dated: June 1, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge