**GELBER SANTILLO**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/21

# MEMORANDUM ENDORSED

October 11, 2021

**VIA ECF**
The Honorable Gregory H. Woods
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *1:16-cv-07203-GHW Tatintsian et al v. Vorotyntsev*

Dear Judge Woods:

On behalf of the parties in the above-captioned matter, I write seeking to modify the briefing schedule for filing the opposition and reply briefs to Mr. Tatintsian's summary judgment motion. *See* ECF Nos. 350-54. My office is currently preparing for two federal jury trials, and therefore we will need additional time to file a reply brief. We have therefore agreed with Mr. Leino, counsel for ShopLink Inc., and Mr. Vorotyntsev to a modified briefing schedule, wherein Mr. Leino and Mr. Vorotyntsev would file their opposition briefs on December 14, 2021 as opposed to the current date of October 14, 2021, and our firm would file a reply brief by February 4, 2022 as opposed to on October 28, 2021, with courtesy copies to be provided to the Court on February 8, 2022. This modified briefing schedule would bring the briefing schedule in this case in line with the proposed summary judgment briefing schedule in the related case of *Khmaladze et al v. Vorotyntsev et al*, 1:16-cv-08029-GHW. Thank you for your consideration of this request.

Sincerely,

/s/ Kristen M. Santillo
Kristen M. Santillo

cc: Mikhail Vorotyntsev
All Counsel of Record

    Application granted in part and denied in part. Under the proposed briefing schedule, five months will elapse between filing of the motion and the date on which it is fully briefed. Accordingly, the pending motion for summary judgment is deemed to have been withdrawn; it may be refiled as described below. Defendants shall serve but not file their respective oppositions to Plaintiffs' motion, together with all supporting documents, no later than December 14, 2021; Plaintiff shall serve any reply, together with all supporting documents, on Defendants no later than February 4, 2022. After the motion is fully-briefed, the parties shall file the briefing papers on the motion and any supporting submissions on ECF in logical order.
    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 350 and to mail a copy of this order to Mr. Vorotyntsev.

SO ORDERED.
Dated: October 14, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge