UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/26/22

------------------------------------------------------------------X

GARY TATINTSIAN, *on his own behalf and for the benefit of Shoplink, Inc.*,

                               Plaintiff,

                       -against-

MIKHAIL VOROTYNTSEV, and ELENA VOROTYNTSEV,

                              Defendants.

       and,

   SHOPLINK, Inc.

                      Nominal Defendant.

------------------------------------------------------------------X

1:16-cv-7203-GHW

ORDER

GREGORY H. WOODS, District Judge:

The Court has reviewed Mr. Vorotyntsev's January 24, 2022 and January 25, 2022 letters requesting an extension of time to file his opposition to Plaintiff's motion for summary judgment, Dkt. Nos. 364 and 366, as well as Plaintiffs' letter opposing Mr. Vorotyntsev's request, Dkt. No. 365. The Court will grant Mr. Vorotyntsev's request to align the due date of his opposition in this matter with the due date of his opposition in the related case.

Mr. Vorotyntsev must therefore serve but not file his opposition to Plaintiffs' motion, together with all supporting documents, no later than Wednesday, April 6, 2022; Plaintiffs shall serve any reply, together with all supporting documents, on Defendants no later than April 18, 2022. After the motion is fully-briefed, the parties shall file the briefing papers on the motion and any supporting submissions on ECF in logical order.

To the extent Plaintiffs require an extension of time to file their reply in light of Plaintiffs' counsel's upcoming trial, Plaintiffs should make an application to the Court in accordance with Rule 1(E) of this Court's Individual Rules of Practice in Civil Cases.

The Clerk of Court is directed to mail a copy of this order to Mr. and Mrs. Vorotyntsev.

SO ORDERED.

Dated: January 25, 2022  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge