```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
GARY TATINTSIAN,                                               :
                                                               :
                                            Plaintiff,         :     1:16-cv-7203-GHW
                                                               :
        -v –                                                   :
                                                               :
MIKHAIL VOROTYNTSEV, *et al.*,                                 :
                                                               :
                                            Defendants.        :
                                                               :
-------------------------------------------------------------- X


-------------------------------------------------------------- X
                                                               :
DMITRY KHMALADZE, *et al.*,                                    :
                                                               :
                                            Plaintiffs,        :     1:16-cv-8029-GHW
                                                               :
        -v –                                                   :     <u>ORDER</u>
                                                               :
MIKHAIL VOROTYNTSEV, *et al.*,                                 :
                                                               :
                                            Defendants.        :
                                                               :
--------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court will hold a status conference in these matters on August 20, 2024 at 4:00 p.m. The conference will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. The Clerk of Court is directed to mail a copy of this order to Defendant Mikhail Vorotyntsev.

      SO ORDERED.

Dated: August 7, 2024
       New York, New York
                                        _____
                                        GREGORY H. WOODS
                                       United States District Judge