USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
GARY TATINTSIAN, :
:
                                Plaintiff, :      1:16-cv-7203-GHW
:
              -v- :      <u>ORDER</u>
:
MIKHAIL VOROTYNTSEV, *et al.*, :
:
                          Defendants. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      By letter dated April 11, 2025, Mr. Vorotyntsev raised issues regarding the parties' ability to timely complete and submit the pre-trial materials due April 22, 2025. Dkt. No. 427. The Court will hold a conference on the matter on April 16, 2025 at 4:00 p.m. The conference will be held by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. The parties are specifically directed to comply with Individual Rule 2(C), which contains the dial-in number and other relevant instructions for the conference. The Clerk of Court is directed to mail a copy of this order to Mikhail Vorotyntsev and Elena Vorotyntsev by certified and first-class mail.

      SO ORDERED.

Dated: April 11, 2025

                                                    _____
                                                       GREGORY H. WOODS
                                                    United States District Judge