```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                  :
GARY TATINTSIAN,                      :
                                                  :
                                Plaintiff,   :       1:16-cv-7203-GHW
                                                  :
                  -v-                            :            <u>ORDER</u>
                                                  :
MIKHAIL VOROTYNTSEV, *et al.*,   :
                                                  :
                                Defendants.  :
                                                  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On April 11, 2025, the Court scheduled a conference to discuss issues regarding the submission of pre-trial materials. Dkt. No. 428. The conference was scheduled for April 16, 2025 at 4:00 p.m., to be conducted by telephone. *See id.* Given that Mr. Vorotyntsev has raised numerous other issues since the Court set the hearing, it is ordered that the April 16, 2025 conference will be held in person at 4:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007. All parties are ordered to attend either *pro se* or through counsel.

        SO ORDERED.

Dated: April 15, 2025
       New York, New York

                                                    _____
                                                         GREGORY H. WOODS
                                                       United States District Judge