USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                :
GARY TATINTSIAN,                :
                :
              Plaintiff,  :    1:16-cv-7203-GHW
                :
       -v-              :    <u>ORDER</u>
                :
MIKHAIL VOROTYNTSEV, *et al.*,  :
                :
              Defendants.  :
                :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    By order dated April 15, 2025, the Court set the location for the April 16, 2025 conference at Courtroom 12C of the Daniel Patrick Moynihan U.S. Courthouse. Dkt. No. 430. That same day, Plaintiff filed a letter requesting either an adjournment of the conference or, in the alternative, to conduct the conference by telephone. Dkt. No. 431. Plaintiff's application is granted in part. The conference scheduled for April 16, 2025 at 4:00 p.m. will be conducted by telephone. The parties are directed to Rule 2(C) of the Court's Individual Rules, which contains the dial-in information and the relevant instructions. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 431.

    SO ORDERED.

Dated: April 15, 2025
       New York, New York

                                              GREGORY H. WOODS
                                           United States District Judge