```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                    :

GARY TATINTSIAN,                                :

                              Plaintiff,   :           1:16-cv-7203-GHW

                                                    :
                        -v-                           :               <u>ORDER</u>
                                                    :

MIKHAIL VOROTYNTSEV, *et al.*,       :

                                Defendants.   :

                                                    :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       As discussed during the conference held on the record on April 16, 2025, the Court denies all of the unwithdrawn applications made by Mr. Vorotyntsev in his multiple letters submitted to the Court between April 11, 2025 and the time of the conference. However, the deadline for the parties to submit the pre-trial materials outlined in the Court's October 17, 2024 order, Dkt. No. 426, is extended to April 29, 2025. The Clerk of Court is directed to mail a copy of this order to Mikhail Vorotyntsev by certified mail.

       SO ORDERED.

Dated: April 16, 2025
         New York, New York

                                                  _____
                                                      GREGORY H. WOODS
                                                 United States District Judge