USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                     :

GARY TATINTSIAN,                             :

                                            Plaintiff,   :                1:16-cv-7203-GHW

                                  -v-                          :                     <u>ORDER</u>

MIKHAIL VOROTYNTSEV, *et al.*,     :

                                Defendants.  :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Mr. Vorotyntsev has informed the Court and counsel for Plaintiff that he intends to file a request for additional discovery and a motion for sanctions. The Court will hold a conference on the matters raised by Mr. Vorotyntsev on April 30, 2025 at 3:00 p.m. The conference will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007. The Court does not expect to hold the conference remotely.

      The conference is scheduled to occur after the date on which the parties have been ordered to submit the required joint pre-trial materials. The Court already extended the deadline for the parties to make their submissions. *See* Dkt. No. 435. The parties are ordered to comply with the Court's previous orders and to make all the required submissions in full on or before April 29, 2025, regardless of the Mr. Vorotyntsev's latest applications. If the pre-trial submissions must be amended in response to any Court decision regarding Mr. Vorotyntsev's applications, the Court will address such issues at the conference. For now, the parties are ordered to complete and submit the joint pre-trial submissions notwithstanding Mr. Vorotyntsev's latest requests. Mr. Vorotyntsev's flurry of recent communications indicates that he has the capacity to comply with the Court's previous orders and to do the work necessary to litigate this case.

The Clerk of Court is directed to mail a copy of this order to Mr. Vorotyntsev by certified mail.

SO ORDERED.

Dated: April 25, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge