```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X
                                                                  :
GARY TATINTSIAN,                                                  :
                                                                  :
                                        Plaintiff,                :     1:16-cv-7203-GHW
                                                                  :
                     -v-                                          :     ORDER
                                                                  :
MIKHAIL VOROTYNTSEV,                                              :
                                                                  :
                                        Defendant.                :
                                                                  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court, and counsel for Plaintiff, received an emailed letter from Mr. Vorotyntsev dated April 28, 2025. In his letter, Mr. Vorotyntsev requests an extension of the deadline to submit a witness and exhibit list, as ordered by the Court in numerous previous orders. Mr. Vorotyntsev justifies this request by saying that opposing counsel has "continued [to] refus[e] to provide relevant and duly requested information." Mr. Vorotyntsev claims that his witness and exhibit lists "depend on access to information that has been repeatedly requested but not provided." The Court has repeatedly explained to Mr. Vorotyntsev that discovery in this case has closed. Mr. Vorotyntsev is no longer entitled to request documents or production from Plaintiff. The Court has made this fact very clear in multiple conferences and multiple written orders. *See* Dkt. Nos. 305, 314 at 39, 335, 373, 425, 435.

The Court is aware that Mr. Vorotyntsev would like to make additional discovery requests; however, the Court stated clearly in its order dated April 25, 2025:

> The parties are ordered to comply with the Court's previous orders and to make all the required submissions in full on or before April 29, 2025, regardless of [] Mr. Vorotyntsev's latest applications. If the pre-trial submissions must be amended in response to any Court decision regarding Mr. Vorotyntsev's applications, the Court will address such issues at the conference. For now, the parties are ordered to complete and submit the joint pre-trial submissions notwithstanding Mr. Vorotyntsev's latest requests.

2

Dkt. No. 438.  Therefore, Mr. Vorotyntsev is ordered to submit his witness and exhibit list as it stands now, notwithstanding the fact that he believes there has been discovery withheld from him, no later than April 30, 2025.  While Mr. Vorotyntsev asserts that this case is "complex" and that there are "exceptional challenges" to pre-trial preparation, Mr. Vorotyntsev has been actively communicating with the Court and with counsel for Plaintiff over the last few weeks, and most of these communications have been unrelated to pre-trial preparation.  And the Court already granted Mr. Vorotyntsev an extension to complete the pre-trial submissions.  Therefore, the Court does not find good cause to extend the deadline further.

    SO ORDERED.

Dated: April 29, 2025
       New York, New York

                                                      GREGORY H. WOODS
                                              United States District Judge