```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                           :
GARY TATINTSIAN,                        :

                            Plaintiff,     :           1:16-cv-7203-GHW

                           -v-                   :           <u>ORDER</u>

MIKHAIL VOROTYNTSEV,          :

                            Defendant.   :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       As discussed during the conference held on the record on May 13, 2025, the deadline for Defendant to provide to Plaintiff and to the Court his list of witnesses and exhibits for trial is extended to May 19, 2025 at 12:00 p.m. The Court discussed at length during the May 13, 2025 conference the appropriate format for these lists. The Court reminded Defendant that he must also provide each labeled exhibit in pdf format to counsel for Plaintiff and to the Court, pursuant to Individual Rule 5(B)(ii). Defendant should not expect that he will be able to offer a witness or exhibit at trial if they are not provided in his disclosures, due May 19, 2025. Plaintiff's objections are due no later than fourteen days following the date of service of the witness and exhibit lists.

       Further, the deadline for Defendant to provide counsel for Plaintiff and the Court with his deposition designations is extended to May 26, 2025 at 12:00 p.m. Plaintiff's objections are due no later than one week following the date of service of Defendant's deposition designations.

       As discussed during the conference held on the record on May 13, 2025, all of Defendant's unwithdrawn requests from his letters dated from May 5, 2025 to May 7, 2025 are denied.

       SO ORDERED.

Dated: May 13, 2025
        New York, New York
                                                                  _____
                                                                           GREGORY H. WOODS
                                                                         United States District Judge