```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GARY TATINTSIAN,                            :
                                            :
                   Plaintiff,   :
                                            :   1:16-cv-7203-GHW
          -against-                        :
                                            :   <u>ORDER</u>
MIKHAIL VOROTYNTSEV,                        :
                                            :
                 Defendant.   :
                                            :
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

     On May 13, 2025, the Court ordered that Defendant provide his witness list to the Court and counsel for Plaintiff no later than May 19, 2025. Dkt. No. 465. The Court also ordered on May 13, 2025 that Defendant provide to the Court and counsel for Plaintiff his deposition designations no later than May 26, 2025 at 12:00 p.m. *Id.* Neither document has been submitted to the Court. Accordingly, the parties are directed to comply with the Court's May 13, 2025 order forthwith, and in no event later than May 27, 2025.

     SO ORDERED.

Dated: May 27, 2025
New York, New York
                                                        GREGORY H. WOODS
                                                    United States District Judge