```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
GARY TATINTSIAN,                                              :
                                                              :
                                        Plaintiff,            :     1:16-cv-7203-GHW
                                                              :
                        -v-                                   :     1:16-cv-8029-GHW
                                                              :
MIKHAIL VOROTYNTSEV,                                          :            ORDER
                                                              :
                                        Defendant.            :
                                                              :
------------------------------------------------------------- X
------------------------------------------------------------- X
                                                              :
DMITRIY KHMALADZE, et al.,                                    :
                                                              :
                                        Plaintiffs,           :
                                                              :
                        -v-                                   :
                                                              :
MIKHAIL VOROTYNTSEV, et al.,                                  :
                                                              :
                                        Defendants.           :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2025

GREGORY H. WOODS, United States District Judge:

By letter dated May 29, 2025, Mr. Vorotyntsev made three requests: (1) an adjournment of the trial in the *Tatintsian* matter; (2) permission for new counsel to appear on Mr. Vorotyntsev's behalf in the *Tatintsian* matter; and (3) an additional thirty days for the corporate defendants in the *Khmaladze* matter to retain new counsel. 16-cv-7203, Dkt. No. 471; 16-cv-8029, Dkt. No. 328. The Court takes these applications up in turn.

As for Mr. Vorotyntsev's request to adjourn the trial in the *Tatintsian* matter, the Court directs counsel for Mr. Tatintsian to file a letter taking a position on that request. The Court asks that counsel for Mr. Tatintsian file a responsive letter as soon as practicable so that the Court may rule on the request in advance of the final pretrial conference scheduled for June 4, 2025.

To respond to Mr. Vorotyntsev's second request, Mr. Vorotyntsev retains the right to have counsel appear in this action on his behalf.  Should Mr. Vorotyntsev retain counsel, the attorney must file a notice of appearance on the docket.

Mr. Vorotyntsev's request for an additional thirty days for the corporate defendants in the *Khmaladze* matter to retain new counsel is denied.  As ordered on May 2, 2025, if new counsel has not entered an appearance on behalf of the corporate defendants by June 2, 2025, then the corporate defendants will be found in default, and the Court will issue an order to show cause why the remaining counterclaims in the *Khmaladze* case should not be dismissed for failure to prosecute.  Defendants are aware of the consequences of not finding new counsel within the time provided by the Court.  *See* 16-cv-8029, Dkt. Nos. 106, 148.

SO ORDERED.

Dated: May 30, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge