```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
GARY TATINTSIAN,                                               :
                                                               :
                                    Plaintiff,                 :         1:16-cv-7203-GHW
                                                               :
                    -v-                                        :         ORDER
                                                               :
MIKHAIL VOROTYNTSEV,                                           :
                                                               :
                                    Defendant.                 :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2025

GREGORY H. WOODS, United States District Judge:

By letter dated May 29, 2025, Defendant requested that the trial in this case be adjourned to a later date. Dkt. No. 471. By letter dated June 2, 2025, Plaintiff consented to Defendant's request. Dkt. No. 474. Considering the amount of work yet to be completed by the parties, the trial date is adjourned *sine die*.

The Court notes that Mr. Vorotyntsev misstates the Court when he says that the Court "astutely observed and suggested on number of occasions that the evidence pertinent to the [*Tatintsian v. Vorotyntsev*] Case would substantially overlap with, and indeed largely be derived from, the evidence presented in the [*Khmaladze v. Vorotyntsev*] Case." To the contrary, the Court explicitly held in its October 9, 2024 order that "[a]fter the Court granted partial summary judgment in both cases, there are now few remaining common issues of law or fact" between the two cases. Dkt. No. 424 at 2. For the avoidance of doubt, Mr. Vorotyntsev should understand that the evidence that will be admitted in the *Tatintsian* trial will be limited to that which is germane to the resolution of that case.

The final pretrial conference scheduled for June 4, 2025 is adjourned to July 18, 2025 at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The Court will discuss the trial schedule with the parties at the final pretrial

conference on July 18, 2025.  If the trial in the *Khmaladze* action is adjourned, the Court will consider scheduling this trial for the week during which the *Khmaladze* trial was expected to proceed.  The deadline for any party to file motions *in limine* is extended to June 16, 2025.  Any opposition is due no later than one week following the date of service of the motion.  Any reply is due no later than three days following the date of service of the opposition.

    SO ORDERED.

Dated: June 2, 2025
       New York, New York

                                       GREGORY H. WOODS
                                      United States District Judge