UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Case No. 1:16-cv-7203-GHW**
**Tatintsian v. Vorotyntsev, et al.**

**Case No. 1:16-cv-8029-GHW**
**Khmaladze v. Vorotyntsev, et al.**

**The Honorable Gregory H. Woods**
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**June 19, 2025**

**RE: Emergency Advance Notice of Rule 60(b) Motion Based on Fraud on the Court**
**Request for Court's Immediate Guidance on Extraordinary Circumstances**

Your Honor,

I write with profound respect for Your Honor's stewardship of these proceedings to provide advance notice of a comprehensive Rule 60(b) motion, based on newly discovered evidence of systematic fraud on the court, and to respectfully request the Court's guidance on how to proceed given extraordinary circumstances that have created urgent safety and procedural concerns.

## I. NATURE OF THE EMERGENCY ADVANCE NOTICE

The motion, drafts attached herewith, will present clear and convincing evidence that these proceedings have been corrupted from inception through systematic perjury by Dmitriy Khmaladze, including:

1. **Knowing false ownership claims** regarding R7 software in his sworn complaint (¶29)
2. **Perjured summary judgment submissions** falsely stating "no evidence" of intellectual property theft existed (Rule 56.1 ¶69)
3. **Counsel's subsequent confession** that all claims were meritless and should be abandoned

This evidence, preserved through Your Honor's careful case management, establishes fraud specifically directed at this Court warranting immediate relief under Rule 60(b)(3) and (6).

## II. EXTRAORDINARY CIRCUMSTANCES REQUIRING IMMEDIATE COURT GUIDANCE

### A. Documented Pattern of Threats and Intimidation

The evidentiary record contains substantial documentation of threats and intimidation that have escalated throughout these proceedings:

### 1. Direct Threats of Violence

- Tatintsian's documented threat to me during August 26th, 2016 meeting with Zubchevich, as a witness, to "dissolve you both in acid, no body no problem"
- Tatintsian's multiple email and text messages threats
- Mediator calling security during December 2016 session due to Tatintsian's threatening behavior
- Multiple admissions of violence and profound hatred of Vorotyntsevs during Tatintsian's sworn deposition testimony
- Documented threats against business partners including Christopher Woodrow regarding "contracts on lives"
- And most recent intimidation tactics, by deploying menacing individuals, to stalk us right outside our living quarters, which we have communicated to Tatintsian's counsel, Ms. Santillo

### 2. Systematic Business Interference

- Deliberate sabotage of critical business relationships with MovieCoin, Shea Moisture, and Sony BMG partnerships and countless others
- Coordinated campaign to contact business partners with false allegations about pending litigation
- Financial warfare through fraudulent asset freezes in London, with subsequent proceedings in High Court of London

### 3. Witness Tampering and Intimidation

- Zubchevich's documented communications to investors: "I do know that the NY state attorney office is investigating him and if they have not talked to you, I can give you their contact details"
- Systematic harassment of ShopLink investors and their families over nine years
- Attempted bribery and intimidation of household staff and orchestrated incidents including gas explosion at Vorotyntsev's Moscow apartment

### B. Impact on Defendants' Ability to Participate in Proceedings

These extraordinary circumstances have severely compromised Defendants' ability to participate effectively in litigation:

### 1. Resource Depletion Through Continuous Attacks

- Nine years of coordinated harassment across multiple jurisdictions
- Systematic interference with every attempt to generate revenue or secure investment
- Forced expenditure of resources defending against fabricated claims while being prevented from pursuing legitimate business operations

### 2. Witness Intimidation and Evidence Destruction

- Key witnesses afraid to participate due to documented threats
- Systematic deletion and concealment of evidence by departing parties
- Ongoing intimidation preventing full disclosure of the criminal conspiracy

### 3. Procedural Disadvantage Under Extreme Duress

- Operating under constant threat of physical harm while attempting to defend complex federal litigation
- Multiple simultaneous proceedings designed to overwhelm defendants' capacity to respond
- Psychological warfare intended to force submission rather than permit fair adjudication

## III. CRITICAL EVIDENCE OF RACKETEERING ENTERPRISE

The evidence reveals not mere litigation misconduct, but a sophisticated criminal enterprise using federal courts as instruments of extortion:

### 1. Coordinated False Claims

- Tatintsian, Khlamadze, and Zubchevich acting in concert and with their counsel, to advance knowingly false allegations
- Use of perjured testimony to obtain judicial imprimatur for intellectual property theft
- Systematic concealment of exculpatory evidence throughout proceedings

### 2. Pattern of Federal Crimes

- Mail and wire fraud in furtherance of IP theft scheme
- Perjury in federal proceedings under 18 U.S.C. § 1621
- Racketeering activities spanning multiple states and jurisdictions

- Witness tampering and obstruction of justice

### 3. Corruption of Judicial Process

- Using federal court orders as tools of legitimized theft
- Weaponizing litigation process to accomplish through legal system what could not be accomplished through legitimate business means
- Systematic abuse of discovery and procedural rules to conceal criminal conduct

## IV. REQUEST FOR COURT'S IMMEDIATE GUIDANCE

Given these extraordinary circumstances, I respectfully request the Court's guidance on:

### A. Security and Safety Measures

1. Whether the Court recommends coordination with U.S. Marshals Service for security during any proceedings
2. Appropriate protocols for handling proceedings involving documented threats of violence
3. Whether sealed or in camera procedures are advisable given safety concerns

### B. Procedural Considerations

1. Whether to file the complete motion package immediately or request emergency pre-motion conference
2. Court's preference for coordinating civil proceedings with anticipated criminal investigation
3. Expedited briefing schedule given ongoing enforcement of fraudulently obtained judgments

### C. Evidence Preservation and Criminal Referral

1. Appropriate procedures for immediate preservation of evidence of criminal conduct
2. Court's preferred protocol for criminal referral to U.S. Attorney
3. Whether emergency stay of proceedings is warranted pending investigation

## V. COMPLETE MOTION PACKAGE PREPARED

We have prepared comprehensive motion (all drafts attached herewith) papers including:

- **Notice of Motion** (14 pages) specifying all relief requested
- **Memorandum of Law** (25 pages) with current legal authorities

- **Statement of Material Facts** (28 numbered paragraphs) in Local Rule 56.1 format
- **Supporting Declaration** (35 paragraphs) with first-person testimony
- **Proposed Order** ready for Court adoption
- **Exhibit Package** with documentary evidence (150+ pages)

All materials comply with SDNY Local Rules and are ready for immediate filing upon the Court's direction.

## VI. URGENCY OF PUBLIC DISCLOSURE

**Time-Critical Factors Requiring Immediate Action:**

1. **Ongoing Threats**: The pattern of intimidation and threats continues, making it essential to create a clear judicial record of these circumstances
2. **Evidence Preservation**: Additional evidence may be destroyed or witnesses further intimidated without immediate Court intervention
3. **Criminal Statute of Limitations**: Perjury and other federal crimes have limitation periods that require prompt action
4. **Public Safety**: The sophisticated nature of this criminal enterprise suggests additional victims and ongoing criminal activity requiring immediate investigation
5. **Judicial Integrity**: The systematic corruption of federal proceedings demands immediate remedial action to restore public confidence in the courts

## VII. CONCLUSION

Your Honor, what began as commercial litigation has revealed a sophisticated criminal enterprise that has corrupted federal judicial proceedings for nearly a decade. The evidence of systematic perjury, witness tampering, racketeering, and ongoing threats of violence creates an extraordinary situation requiring both immediate judicial intervention and criminal investigation.

We respectfully submit that the integrity of federal judicial proceedings and the safety of participants in those proceedings require:

1. **Immediate stay** of enforcement of judgments obtained through fraud
2. **Emergency criminal referral** to the U.S. Attorney for investigation of documented federal crimes
3. **Court guidance** on appropriate security measures for future proceedings
4. **Expedited consideration** of the Rule 60(b) motion to remedy fraud on the court

The systematic nature of this misconduct threatens not only the parties to these proceedings but the integrity of the federal judicial system itself. Only immediate

and comprehensive action can remedy the corruption that has infected these proceedings and prevent further harm.

I am prepared to file the complete motion package immediately upon Your Honor's direction, or to appear for emergency conference at the Court's earliest convenience.

Most respectfully submitted,

**MIKHAIL VOROTYNTSEV**
*Pro Se*
Founder, ShopLink Inc.

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing letter was served upon all parties of record via the Court's ECF system and/or by email on this 19th day of June, 2025.

/s/ Mikhail Vorotyntsev
**MIKHAIL VOROTYNTSEV**