The Honorable Gregory H. Woods
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

**RE: Urgent Request for Stay of Pre-Trial Submissions in *Tatintsian v. Vorotyntsev* (1:16-cv-7203-GHW) and Notification of Accompanying Filings Demonstrating Historic Fraud on the Court**

Dear Judge Woods,

This letter is submitted with the utmost urgency and gravity, respectfully requesting an immediate stay of all pre-trial submissions in *Tatintsian v. Vorotyntsev*, Case No. 1:16-cv-7203-GHW. This request is predicated on newly revealed, irrefutable evidence demonstrating a systematic and protracted fraud on the Court, orchestrated by Gary Tatintsian ("GT"), Younis Zubchevich ("YZ"), and Dmitriy Khmaladze ("DK"), which has corrupted the judicial process across both the GT Case and the interconnected *Khmaladze v. Vorotyntsev*, Case No. 1:16-cv-8029-GHW (the "DK Case").

The August 6, 2024 Orders in both the GT and DK cases, which were adverse to Mikhail Vorotyntsev ("MV") and ShopLink Inc., were demonstrably based on a factual record tainted by a profound lack of evidence, omitted and misrepresented evidence, and outright perjury.[1] This is not merely a matter of factual dispute, but a calculated and continuous strategic manipulation of procedural adjudication—a modus operandi of tactics designed to inflict severe duress and harm, and to systematically deceive this honorable Court.

In light of these extraordinary circumstances, and to preserve all evidentiary rights of MV and ShopLink, we are simultaneously submitting the following critical filings:

1. **Motion in Limine to Exclude Evidence and Deem Facts Established in *Tatintsian v. Vorotyntsev***: This motion seeks to preclude GT from presenting any evidence regarding his alleged reliance and securities fraud claim, and the alleged patent misrepresentation by MV. The record unequivocally shows that GT's claim of reliance is negated by his extensive prior knowledge of ShopLink's corporate governance deficiencies and his active participation in shaping investment terms, including his forceful demand for no rescission rights in the Subscription Agreement.[1] GT's own deposition confirms he canceled his first investment on October 9, 2015, precisely because he discovered corporate governance deficiencies, yet he proceeded with subsequent investments.[1] Furthermore, GT's express refusal to be bought out of his ShopLink shares, stating, "it's not gone happen. Not with me!!!" and boasting, "I can efford much more to sped to fighting u then you all!!" [1], directly contradicts any assertion of reliance on MV's representations. This motion also highlights GT's counsel's refusal to accept delivery of MV's trial exhibits, sent twice via a Dropbox link, as a clear instance of strategic manipulation and obstruction of justice.

2. **Factual Legal Analysis Brief, submitted as an Order to Show Cause**: As required by Your Honor's most recent order in the DK Case, this brief provides a meticulously detailed and

    scientifically verified analysis of the systematic perjury and intellectual property fraud perpetrated upon this Court. It demonstrates how DK's false sworn statements concerning "R7" software ownership, his fraudulent removal of MV as the true inventor from patent applications, and his perjured denials of intellectual property misappropriation in Rule 56.1 submissions, constitute a profound "technical fraud" that fundamentally corrupted the judicial process.[1] The brief further details the coordinated timeline of events, including the formation of Agnicore LLC by Frank Hariton on behalf of GT, DK, and YZ just days before DK's resignation, and GT's forwarding of legal analysis on how to back out of the Asset Purchase Agreement.[1] This evidence, including damaging emails from GT to DK (MVSL 0249 [1] and MVSL 0148 [1]), which were never disclosed by GT's attorney [1], and the crucial Schedule A to the Agnicore formation documents listing ShopLink's IP as assigned by DK [1], proves a coordinated criminal enterprise.

3. **Legal Brief on Stay of Proceedings**: This brief argues for a stay of all proceedings in both the GT and DK cases to allow for the comprehensive preparation and adjudication of Rule 60(b) motions. The pervasive and interconnected nature of the fraudulent scheme, which spans both cases and has systematically deceived Your Honor's court for nine years, necessitates a unified approach to adjudication to preserve judicial integrity and prevent further abuse of process.[2]

4. **Motion for Disqualification of Counsel in Both Cases**: This motion seeks the immediate disqualification of legal counsel for GT and DK, and the imposition of substantial financial relief, including cash bonds and professional insurance disclosure, against GT, DK, their counsel, and their respective firms, due to systemic fraud on the court and egregious ethical violations.[6]
This motion seeks the disqualification of counsel due to their active participation in the fraudulent scheme, abuse of attorney-client privilege, and pervasive discovery misconduct. Evidence, including YZ's text message stating, "She will rep me if I'm served," indicates that GT's counsel was "pre-positioned to represent conspiracy members," suggesting a coordinated legal strategy across multiple defendants and an abuse of attorney-client privilege to shield conspiracy communications.[1]
This conduct, which includes refusing to accept MV's exhibits and blocking discovery requests for production, points to an officer of the court acting as a co-conspirator, a severe breach of ethical and legal duties.[7]

This is a **Historic Case: The Longest Running Fraud on The Court in US Judicial History**. The systematic deception, spanning nearly a decade, has weaponized federal courts, corrupted state law enforcement through a fraudulently instigated NYAG investigation, and perverted the legal system itself, with officers of the court appearing as active conspirators.[1] This profound abuse of process demands immediate and decisive judicial intervention to uphold the sanctity of federal judicial proceedings and to preserve public confidence in the courts.

We respectfully urge Your Honor to consider the totality of these submissions and the profound implications of this unprecedented misconduct. A stay of proceedings is essential to allow for the full and

fair adjudication of these critical issues, ensuring that justice is ultimately rendered based on truth and integrity, not on calculated deception.

Respectfully submitted,

/s/Mikhail Vorotyntsev

Mikhail Vorotyntsev

Pro Se
Founder, ShopLink Inc.

Cc: All Counsel of Record