```
                                                              USDC SDNY
                                                              DOCUMENT
                                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                  DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                                 DATE FILED: 6/26/2025
------------------------------------------------------------- X
                                                              :
GARY TATINTSIAN,                                              :
                                                              :
                                   Plaintiff,                 :   1:16-cv-7203-GHW
                                                              :
                   -v-                                        :   1:16-cv-8029-GHW
                                                              :
MIKHAIL VOROTYNTSEV,                                          :        ORDER
                                                              :
                                   Defendant.                 :
                                                              :
------------------------------------------------------------- X
------------------------------------------------------------- X
                                                              :
DMITRIY KHMALADZE, et al.,                                    :
                                                              :
                                   Plaintiffs,                :
                                                              :
                   -v-                                        :
                                                              :
MIKHAIL VOROTYNTSEV, et al.,                                  :
                                                              :
                                   Defendants.                :
                                                              :
------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

Between June 19, 2025 and the date of this order, Mr. Vorotyntsev has filed multiple letters, motions, and briefs to the docket beyond what was requested by the Court for pretrial submissions. *See* Case No. 16-cv-7203, Dkt. Nos. 481, 483–84, 486–87; Case No. 16-cv-8029, Dkt. Nos. 340–44. And the Court understands that there are more filings from Mr. Vorotyntsev that have been received by the Pro Se Intake Office but that have yet to be docketed as of the date of this order.

As an initial matter, the Court notes that Mr. Vorotyntsev has been granted ECF filing access and may reach out to the Southern District of New York's ECF Help Desk if he encounters any difficulties filing his documents.

In the *Khmaladze* matter, there is a pending order to show cause that may obviate the need

for scheduling responses to Mr. Vorotyntsev's latest filings.  *See* Case No. 16-cv-8029, Dkt. No. 333.  The Court therefore stays all matters in the *Khmaladze* action that are unrelated to the pending order to show cause, until such time as the Court takes action on the order to show cause.  The Court expects to act on the order to show cause thirteen days from the date of this order.

In the *Tatintsian* matter, the Court has scheduled a final pretrial conference in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse for July 18, 2025.  At the final pretrial conference, where the Court expects to attend primarily to matters related to the anticipated trial, the Court will solicit the parties' views about to how best to address Mr. Vorotyntsev's filings at this stage of the case.  The Court declines to stay any pretrial deadlines in the *Tatintsian* matter prior to the July 18, 2025 conference.  The Court notes that Mr. Vorotyntsev has to date failed to provide to the Court pdf copies of his anticipated exhibits, either via a thumb drive or through the website maintained by the Court, as ordered multiple times.  *See, e.g.*, Case No. 16-cv-7203, Dkt. No. 465.

SO ORDERED.

Dated: June 26, 2025
New York, New York

GREGORY H. WOODS
United States District Judge