The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE: Urgent Follow up Request for Stay of Proceedings, Notice of Filings, and Allegations of Historic Fraud on the Court in** *Tatintsian v. Vorotyntsev*, **1:16-cv-7203-GHW and** *Khmaladze v. Vorotyntsev*, **1:16-cv-8029-GHW**

Dear Judge Woods,

This letter is submitted as a follow up communication, on behalf of Mikhail Vorotyntsev ("MV") to respectfully re-iterate our request for an immediate stay of all pre-trial submissions and further proceedings in *Tatintsian v. Vorotyntsev*, 1:16-cv-7203-GHW (the "GT Case"), and to provide critical updates concerning the interconnected case of *Khmaladze v. Vorotyntsev*, 1:16-cv-8029-GHW (the "DK Case"). We assert, with substantial new evidence, that these consolidated actions represent the **longest-running and most systemic fraud on a U.S. federal court in judicial history**, orchestrated by Gary Tatintsian ("GT"), Dmitriy Khmaladze ("DK"), Younis Zubchevich ("YZ"), and their respective counsel.

This communication serves as follow up to the notice that, to preserve MV's evidentiary rights, we have also simultaneously submitted a **Motion in Limine to Exclude Evidence and Deem Facts Established** in the GT Case, an accompanying **Factual Legal Analysis** (submitted as an Order to Show Cause as required by Your Honor's most recent order in the DK Case), and a **Legal Brief on Stay of Proceedings and Motion for Disqualification of Counsel**.

We must immediately bring to Your Honor's attention the blatant and ongoing obstruction of justice by GT's counsel. GT's counsel has expressly refused to accept delivery of MV's pre-trial exhibits, which were twice sent via Dropbox link. This is not a mere procedural oversight; it is another example of calculated act of strategic manipulation, designed to impede the introduction of crucial evidence and to leverage procedural violations for extortion. This tactic is part of a consistent *modus operandi* of procedural manipulations and violations, intentionally inflicted to cause severe duress and harm, culminating in threats to MV's life in what is now demonstrably a sham litigation built on falsehoods and perjury. MV's rights to a fair proceeding must be stringently preserved against such egregious misconduct. Furthermore, we respectfully request that GT's counsel be ordered to disclose whether they maintain professional insurance against malpractice and professional misconduct, given the documented pattern of their actions.

The systemic nature of this fraud spans years and involves a meticulously documented conspiracy. The following timeline of events, detailed in the accompanying filings, exposes a deeply disturbing pattern:

- **August 19, 2016:** After MV refused to meet with Andrei Isaev's Tanuki partners in Miami to discuss a potential $15 million investment for a 10% stake in a ShopLink subsidiary, GT began to openly instigate conflict with MV.
- **August 23, 2016:** GT sent an email stating his refusal to be bought out of his ShopLink shares ("it's not gone happen. Not with me!!!") and threatening MV with overwhelming litigation ("I can efford

- much more to sped to fighting u then you all!!"). This email demonstrates GT's intent to weaponize litigation, not to resolve disputes.
- **August 26, 2016:** GT orchestrated a meeting with MV in New York, facilitated by YZ, during which GT physically assaulted MV and explicitly threatened the lives of MV and Elena Vorotyntsev. GT declared his intent to seize 15-20% of ShopLink.
- **August 27, 2016:** YZ sent his "Getting Consensus" email, confirming the prior day's altercation and proposing a path forward that outlined known corporate governance issues to be resolved. GT explicitly replied, "sounds like a plan. Agreed." MV responded with agreement, but crucially, added a caveat for lawyers to "stay out for now," while also recounting how GT had declared he would "destroy Shoplink, simply because he can."
- **August 30, 2016:** Larry Nusbaum, YZ's SEC lawyer, a known defender of "dirtiest securities laws violators" sent a formal letter from GT demanding control of ShopLink's board by GT and his appointees.
- **September 1, 2016:** YZ emailed DK, GT, and MV, outlining GT's plan to take over ShopLink and meet with DK in Ohio.
- **September 6, 2016:** GT emailed DK, stating, "I NEVER NEVER NEVER lie. And that he saw a fantastic idea in Shoplink and wanted to participate with money and structure." This was a self-serving attempt to manipulate DK.
- **September 8, 2016:** Agnicore, LLC was secretly formed by GT, DK, and YZ through FH, a lawyer associated with YZ.
- **September 11, 2016:** DK received an email from GT containing YZ/FH's "APA Legal Analysis," which explicitly outlined steps DK could take to unilaterally abandon his agreement with MV. On the same day, DK resigned from ShopLink, blocked MV's access to code repositories, and transitioned all developers to Agnicore.
- **September 14, 2016:** DK suspended MV's access to his corporate email, having evidently deleted most incriminating evidence prior to this action.
- **October 13, 2016:** DK filed a complaint laden with perjury and falsehoods concerning his involvement with ShopLink's patent and false assertions, utterly misrepresenting his documented aggressive stance on being the only co-inventor with MV on his patent.
- **December 1, 2016:** DK filed a fraudulent patent application extension for ShopLink's patent on behalf of Agnicore, unilaterally removing MV as the original inventor and naming himself as the sole inventor. This act directly transferred ShopLink's intellectual property to the conspiratorial entity, Agnicore.
- **December 7, 2016:** GT forwarded and instructed DK to send to his counsel, Partha Chattoraj, an email from YZ (originally sent to GT on October 9, 2016). This email detailed private Shoplink investors' information and strategies for convincing them to join GT's lawsuit and the fraudulent New York Attorney General (NYAG) investigation. This marked the initiation of the investor harassment phase, which persisted for years.

We now believe, based on compelling evidence, that **Andrei Alekseevich Isaev**, a co-founder of the Tanuki enterprise and the subject of the attached Legal Brief, is the likely mastermind behind this pervasive scheme. His established pattern of weaponizing litigation for illicit commercial gains, as detailed in the attached brief, aligns precisely with the tactics employed by GT, DK, and YZ against MV and ShopLink. We contend that Isaev's involvement began when MV refused his proposed investment,

catalyzing the alleged RICO enterprise, with funds flowing through Tatintsian Gallery as a front for illicit activities—a fact GT himself implicitly confessed to MV on a secret recording during the Pryor Cashman closing meeting, stating that funds sent to his New York bank account under "art purchase" invoices were used for entirely unrelated purposes.

Further corroborating this grave allegation, the recent appearance of Mr. Goldman as a lawyer for ShopLink in the DK case, and his subsequent desire to withdraw due to an alleged conflict with a prior client (who is, in fact, Andrei Isaev), raises severe concerns. This alleged conflict highlights Mr. Goldman's direct representation of Mr. Isaev in both Leramont and Isaev actions against GT, confirming the interconnectedness of Isaev with GT's operation. Moreover, Mr. Pittman, Mr. Isaev's personal lawyer, is directly implicated in RICO activities with Mr. Isaev and the entire GT criminal organization. An innocent request for Mr. Isaev's affidavit triggered an extraordinarily suspicious reaction, further solidifying the alleged RICO participation and suggesting that the subsequent Leramont and Isaev lawsuits were designed as a cover to obscure the true nature of Tatintsian Gallery's operations.

The actions outlined herein are not merely civil disputes; they reflect a criminal enterprise employing systematic perjury, intellectual property theft, witness tampering, and procedural manipulation to subvert the judicial process itself. The integrity of this Court and the broader U.S. judicial system is at stake.

In light of the foregoing, and to mitigate the ongoing financial and reputational devastation inflicted upon ShopLink, we respectfully request that Your Honor:

1. **Immediately stay all pre-trial submissions and proceedings** in both *Tatintsian v. Vorotyntsev*, 1:16-cv-7203-GHW, and *Khmaladze v. Vorotyntsev*, 1:16-cv-8029-GHW, pending a thorough review by and coordination with relevant law enforcement agencies.
2. Order GT and DK to **immediately post a bond in the amount of $1,500,000** to cover ShopLink's ongoing litigation costs, to be drawn under a court-approved payment utilization schedule.

We believe that a full investigation and intervention are essential to uncover the full scope of this unprecedented fraud and to ensure that justice can prevail.


Respectfully submitted,

Mikhail Vorotyntsev
Pro Se
Founder, ShopLink Inc.



Cc: All Counsel of Record