The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Tatintsian v. Vorotyntsev, Case No. 1:16-cv-7203-GHW
Khmaladze v. Vorotyntsev, Case No. 1:16-cv-8029-GHW


Your Honor,

Please accept this letter as notice of filing of our Reply and Memorandum of Law in Opposition to Plaintiff Gary Tatintsian's Motion *in Limine*. Concurrently, and as a critical addendum to our filings, we are submitting the attached **Intelligence and Prosecution Memorandum**. This document provides, for the first time, the complete and unvarnished factual record of the transnational criminal enterprise that has orchestrated the litigation before this Court.

It is with the most profound and deepest gratitude that we address this Court. For nine years, this Court has been forced to sustain a relentless assault, not merely on the defendants, but on the very sanctity of the judicial process itself.
We are acutely aware of the immense burden this protracted litigation has placed upon the Court, and we write today to state unequivocally that this was the direct and intended result of the criminal enterprise's strategy.

The defendants, Mikhail Vorotyntsev and ShopLink Inc., were systematically incapacitated, rendered unable to fully defend themselves - and by extension, this Court - from the weaponization of the American legal system against them. This incapacitation was achieved through a documented campaign of transnational financial warfare, the freezing of assets under false pretenses, the sabotage of our business dealings, and a constant barrage of witness intimidation and death threats.

The Enterprise's strategy of concealment went far beyond extra-judicial intimidation; it was executed through a comprehensive abuse of the discovery process, constituting a tacit admission of criminality. To this day, GT and his counsel have failed to produce the most critical pieces of evidence, an act of spoliation from which an adverse inference must be drawn. The missing evidence includes:

- **GT Gallery Bank Accounts:** These records would show the flow of funds from

Pelican Ventures LLC, directly correlating with the collapse of the Enterprise's BRT Bank in Russia and proving the financing mechanism for this lawfare campaign.

- **Co-conspirator Communications:** A complete void exists where there should be thousands of emails between GT, Andrei Isaev, DK, and YZ. The failure to produce any contemporaneous communications about their coordinated actions, including sham art purchases or the Agnicore venture, is an undeniable act of concealment.
- **Agnicore and Readerlink Communications:** The absence of emails between the Agnicore team and Readerlink conceals the facts of how the Enterprise immediately commercialized ShopLink's stolen intellectual property. It is uncontested that within months of DK stealing ShopLink's patent and code, Agnicore launched an identical product—using ShopLink's own slogan, "Monetize Your Influence"—with Readerlink, the very vendor DK had just integrated for ShopLink's planned launch with Megyn Kelly's book.

This pattern of concealment is further cemented by the actions of the conspiracy's mastermind, Younis Zubchevich. After confessing in a text message to MV that he was "not clean," YZ strategically defaulted in this matter. This was a calculated move to evade discovery, avoid incriminating himself, and protect the broader RICO operation. His default is not a procedural footnote; it is an irrefutable judicial admission of his guilt and the veracity of our claims against the Enterprise.

The attached Intelligence Memorandum, along with our Reply, lays bare this entire factual record and represents the culmination of our finally breaking free from that incapacitation. It is the product of a painstaking, multi-year effort to piece together the full scope of a conspiracy that was deliberately designed to be undiscoverable, through the normal channels of litigation.

We present this not merely as a defense, but as the fulfillment of our solemn duty to this Court: to unmask the comprehensive "fraud on the court" that has been perpetrated by a foreign-sponsored RICO enterprise that chose this venue as its primary criminal instrument.

We thank you, Your Honor, for your unwavering resolve and commitment to justice, exemplified by your patience and for upholding the integrity of these proceedings in the face of an attack of such breathtaking cynicism.

We are now prepared to present the full and verifiable truth.

Respectfully submitted,

/s/Mikhail Vorotyntsev

Mikhail Vorotyntsev
Pro Se and on behalf of ShopLink, Inc.

cc: All Counsel of Record