```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
GARY TATINTSIAN,                                               :
                                                               :
                                      Plaintiff,               :    1:16-cv-7203-GHW
                                                               :
                   -v-                                         :    1:16-cv-8029-GHW
                                                               :
MIKHAIL VOROTYNTSEV,                                           :    ORDER
                                                               :
                                      Defendant.               :
                                                               :
-------------------------------------------------------------- X
-------------------------------------------------------------- X
                                                               :
DMITRIY KHMALADZE, *et al.*,                                   :
                                                               :
                                      Plaintiffs,              :
                                                               :
                   -v-                                         :
                                                               :
MIKHAIL VOROTYNTSEV, *et al.*,                                 :
                                                               :
                                      Defendants.              :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed during the conference held on the record on July 14, 2025, the Court expects that Attorney John Snyder will enter a notice of appearance in the *Tatintsian v. Vorotyntsev* matter, No. 16-cv-7203, in short order. As discussed on the record during the July 14, 2025 conference, any motions for reconsideration of the Court's prior rulings and orders are due no later than September 5, 2025. The Court will set a briefing schedule as necessary after the submission of any such motions.

      Further, the trial dates set for both the *Tatintsian* and *Khmaladze* matters are adjourned *sine die*. The final pretrial conference for the *Tatintsian* matter, currently scheduled for July 18, 2025 is adjourned *sine die*. As discussed during the July 14, 2025 conference, the parties are directed to meet

and confer regarding a new schedule for trial and for the submission of the pretrial materials outlined previously by the Court. The parties are directed to submit a joint letter to the Court setting forth their respective positions on the proposed schedule no later than September 5, 2025.

For the reasons discussed on the record during the July 14, 2025 conference, the motions filed by Mr. Vorotyntsev in the *Khmaladze* action while the case was stayed are dismissed without prejudice. Further, Attorney Snyder is directed to file a letter on the *Tatintsian* docket, Case No. 16-cv-7203, no later than July 28, 2025 identifying which of Mr. Vorotyntsev's recent applications in the *Tatintsian* matter—specifically those applications that the Court has not addressed, filed after June 18, 2025—require the Court's attention and action. The Court will take no action on Mr. Vorotyntsev's unresolved applications made after June 18, 2025 unless requested in Mr. Snyder's letter.

The Clerk of Court is directed to terminate the motions pending at Case No. 16-cv-8029, Dkt. Nos. 341, 342, 343.

SO ORDERED.

Dated: July 14, 2025  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge