**JOHN H. SNYDER** | 157 East 81st Street, Suite 3A
New York, NY 10028
917.292.3081
john@jhs.nyc

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2025

August 29, 2025

By ECF

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    Tatintsian v. Vorotyntsev, No. 16-cv-07203-GHW
             Khmaladze v. Vorotyntsev, No. 16-cv-08029-GHW

Dear Judge Woods:

      I represent Mikhail Vorotyntsev (**Mikhail**), Elena Vorotyntseva (**Elena**), Shoplink, Inc., AUM Code LLC, and IT Adapter LLC. As your Honor is aware, I appeared in the above-referenced *Khmaladze* and *Tatintsian* matters about six weeks ago.

      I remain optimistic. When I became involved in this case, I indicated my strong hope that this case could be simplified and resolved, possibly without any trial. That remains my objective and I strongly believe it is achievable. However, it requires a lot of discussions and heavy lifting to get everyone on the same page.

      **Currently, we have motion papers due on September 5, 2025. I am writing for the purpose of requesting an additional two weeks, making the due date September 19, 2025. There has been no prior request for adjournment of this deadline.**

      Over the past six weeks, we have worked with extreme diligence to get our arms around the massive and convoluted dockets in the above-referenced cases. Having gone through this exercise, we greatly appreciate the monumental effort the Court made in writing the August 6, 2024 summary judgment decisions.

      We have worked with extreme diligence and sacrificed our vacations in the effort to get this case into a position where, we hope, it can be resolved without two exhausting jury trials, which nobody wants. This has required a great deal of basic case preparation work that ordinarily should have been done at the beginning of the case.

      We need an adjournment for the following reasons:

JOHN H. SNYDER
157 East 81st Street, Suite 3A
New York, NY 10028
917.292.3081
john@jhs.nyc

  First, I am putting together a plan for radically simplifying this case with the objective of putting forth a settlement concept that all parties (including Shoplink's other investors) will support.

  This settlement concept has many moving parts, requiring numerous people to be "on board." I want to give Your Honor a fully-baked plan that will get us all out of this. However, because everybody is on vacation in August, it has been impossible to have all the necessary conversations.

  Second, the motion papers we are preparing will have a large volume of exhibits, some of which may contain information that the parties consider confidential. I need additional time to meet-and-confer with opposing counsel regarding confidentiality issues (and regarding the case more generally).

  Third, in connection with the settlement we are attempting to bring about, we are setting up a new entity called Former Idiot LLC, which will be the top-level entity through which Mikhail conducts his startup ventures going forward. This entity will be structured correctly from the beginning so that Mikhail does not have to go through this ever again.

  Mikhail did not engage in fraudulent conduct. He is a technical visionary. He is an honest person. However, his corporate practices were substandard and need to be improved. We are implementing internal controls and structures around Mikhail to make sure that happens. Advice taken; lessons learned.

  This requested adjournment is not made for purposes of delay. We have approached this assignment with maximum vigor and zeal. If required, we can make the September 5 deadline. However, I want to give Your Honor my very best work. To do that, I need two more weeks.

Respectfully Yours,

John H. Snyder

Application granted. The deadline for the parties to submit any motions for reconsideration of the Court's prior rulings and orders is extended to September 19, 2025. The deadline for the parties to submit their joint letter setting forth their respective positions on the proposed schedule for trial and for the submission of pretrial materials is also extended to September 19, 2025.

SO ORDERED.
Dated: August 29, 2025

_____
GREGORY H. WOODS
United States District Judge