USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                            :

GARY TATINTSIAN,                             :

                                           :

                         Plaintiff,     :                 1:16-cv-7203-GHW

                                           :

               -v-                      :                 1:16-cv-8029-GHW

                                           :

MIKHAIL VOROTYNTSEV,              :                 ORDER

                                           :

                         Defendant.    :

                                           :
------------------------------------------------------------------ X
------------------------------------------------------------------ X
                                            :

DMITRIY KHMALADZE, *et al.*,       :

                                            :

                         Plaintiffs,   :

                                             :

               -v-                      :

                                             :

MIKHAIL VOROTYNTSEV, *et al.*,    :

                                            :

                         Defendants.   :

                                            :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      Earlier today, the Court received communications from Mr. Vorotyntsev requesting leave to submit an *ex parte* motion to the Court. The Court will hold a conference regarding the request on September 16, 2025 at 12:00 p.m. The conference will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

      The Clerk of Court is directed to mail a copy of this order to Defendants by certified mail.

      SO ORDERED.

Dated: September 12, 2025
        New York, New York

                                             _____
                                               GREGORY H. WOODS
                                            United States District Judge