

JOHN H. SNYDER
157 East 81st Street, Suite 3A
New York, NY 10028
917.292.3081
john@jhs.nyc

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2025

September 15, 2025

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    Tatintsian v. Vorotyntsev, No. 16-cv-07203-GHW
               Khmaladze v. Vorotyntsev, No. 16-cv-08029-GHW

Dear Judge Woods:

Lawyering is not always pretty.

As Your Honor is aware, I represent Mikhail Vorotyntsev (**Mikhail**), Elena Vorotyntseva (**Elena**), Shoplink, Inc., AUM Code LLC, and IT Adapter LLC.

**The purpose of this letter is to request that the Court adjourn, *sine die*, the conference currently scheduled for Tuesday, September 16, 2025.**

First, the conference is extremely inconvenient, as I have meetings scheduled with clients from out-of-town. I prefer not to leave people in the lurch.

Second – and far more important – the conference is not necessary. I have not moved to withdraw as counsel. My intention is to bring this matter to a conclusion. I continue to zealously advocate for my clients' best interests.

As noted in my prior correspondence dated August 29, 2025, I am working to bring about a global resolution. This involves getting numerous parties, including Shoplink's early investors, on-board.

Part of the art of lawyering is counseling the client on what, exactly, is in his long-term best interest. We have the attorney-client privilege precisely so that this conversation can occur. Your Honor can be assured, it is occurring.

Respectfully Yours,

*/s/ John H. Snyder*

John H. Snyder

---

Application granted.  The conference currently scheduled for September 16, 2025 is adjourned *sine die*.  The Court understands that the issues Mr. Vorotyntsev wished to raise with the Court are being addressed through counsel.  Accordingly, Defendant's motion for leave to file an *ex parte* motion is denied.  The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 503 and 505 in the matter captioned 1:16-cv-7203-GHW.

SO ORDERED.
Dated:  September 15, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge