JOHN H. SNYDER
157 East 81st Street, Suite 3A
New York, NY 10028
917.292.3081
john@jhs.nyc

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _9/23/2025_

September 23, 2025

By ECF

Hon. Gregory H. Woods
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    Tatintsian v. Vorotyntsev, No. 16-cv-07203-GHW
              Khmaladze v. Vorotyntsev, No. 16-cv-08029-GHW

Dear Judge Woods:

    I represent Mikhail Vorotyntsev (***Mikhail***), Elena Vorotyntseva (***Elena***), Shoplink, Inc., AUM Code LLC, and IT Adapter LLC.

    **I write for the purpose of requesting an adjournment of the conference currently scheduled for tomorrow, September 24, 2024. Additionally, I will provide a general update.**

    As Your Honor knows, these cases have been pending for nearly a decade. When I appeared on behalf of the Defendants, it was with the intention of helping to bring this controversy to a conclusion. That remains my hope, although that is not entirely up to me.

    I am aware of certain correspondence in which Mikhail says he wants to fire me as his lawyer. Of course, that is his right. However, as I have explained to Mikhail, I remain counsel of record until such time as Your Honor cuts me loose.

    Here is the reality of the situation. I have already incurred the brain damage of spending two months learning the documents and getting my arms around the sprawling dockets into two cases. It is unlikely that Mikhail will find another lawyer willing to spend the time required to understand the situation. Based upon my current understanding of the situation, I am strongly inclined to believe a settlement is possible that would leave everyone better off.

    Therefore, before formally moving to withdraw, I am making a last, best effort.

    The Court should be aware of three issues that bear upon timing.

    First, I am first-chair trial counsel in a three-week jury trial before Judge Koeltl that starts next Monday. Therefore, until late October, I will have very limited time.

Hon. Gregory H. Woods
September 23, 2025
Page 2 of 2



      Second, the Court should be aware that I have had conversations with an individual named Dr. Ken Lanyon, who is an early investor in Shoplink. Dr. Lanyon informally represents a handful of other early Shoplink investors. The early investors have their own views. Based on discussions, I have recommended that Dr. Lanyon should confer with separate counsel and consider moving to intervene if he is so advised.

      Third, in my judgment, Mikhail is operating based upon certain factual assumptions that are incorrect. Out of respect for privilege, I will not elaborate. However, I believe that Mikhail would benefit from having a little more time to reflect and consider his situation.

      Based upon the above considerations, I respectfully request that the Court:

1) Adjourn the conference currently scheduled for tomorrow and set a date for early November.

2) Direct me to submit a status update a week before the conference.

3) Order that Dr. Lanyon should move to intervene a week before the November conference, if he intends to do so.

4) Direct me to serve a copy of the order upon Dr. Lanyon via email.

      I appreciate Your Honor's consideration.

Respectfully Yours,

*/s/ John H. Snyder*

John H. Snyder

---

Application denied. The conference scheduled for September 24, 2025 at 1:00 p.m. will proceed as scheduled. The issues raised in Mr. Snyder's letter can be discussed during the conference.

SO ORDERED.

Dated: September 23, 2025
New York, New York

                          _____
                          GREGORY H. WOODS
                        United States District Judge