USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GARY TATINTSIAN,

                         Plaintiff,

-v -

MIKHAIL VOROTYNTSEV,

                         Defendant.
---------------------------------------------------------------X

1:16-cv-7203-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    A jury trial in this matter will begin on **Monday, March 23, 2026 at 9:00 a.m.** The Court will hold a final pretrial conference in this case on **Monday, March 2, 2026 at 10:00 a.m.** Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

    As discussed during the conference held on October 27, 2025, the parties have previously filed pretrial submissions in this case. The Court understands that Defendant and Plaintiff dispute whether Defendant properly submitted exhibits in compliance with the Court's Individual Rules of Practice in Civil Cases. The Court directs Plaintiff to file a letter no later than October 31, 2025 stating whether he received Defendant's exhibits and what his objections to those exhibits were. Defendant may respond no later than November 7, 2025.

Defendant filed a number of pretrial submissions prior to the adjourning of the trial in this case. The Court directs Defendant to inform the Court which of his prior pretrial submissions he wishes to pursue no later than November 7, 2025. The Court will only act on the submissions Defendant identifies in any letter filed by November 7, 2025.

SO ORDERED.

Dated: October 27, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2