UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

GARY TATINTSIAN,

                                    Plaintiff,

            -v-

MIKHAIL VOROTYNTSEV,

                                    Defendant.

------------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/6/2026
```

1:16-cv-7203-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On January 4, 2026, Defendant filed what he represents is a response to the Court's order dated December 29, 2025, Dkt. No. 539 (the "December 29 Order"). *See* Dkt. No. 543. Defendant also filed several exhibits in support of his motions for sanctions. The Court now addresses Defendant's representations of the December 29 Order and sets a briefing schedule for the three motions.

Mr. Vorotyntsev mischaracterizes the December 29 Order. The Court did not affirmatively state that the three sanctions motions in whole "remain properly before the Court." Instead, the Court clarified that it will only address any motion that bears on the claims and parties in this case, rather than parties not before the Court and claims not at issue in this case. Accordingly, the Court will only address the "Nexo" motion and the "Nebeus" motion for sanctions to the extent that they seek relief against parties and counsel that have appeared in this action. Moreover, the Court did not make any "explicit invitation" for Mr. Vorotyntsev to file any other action. The Court simply stated that it would not consider issues outside the scope of this action and informed Mr. Vorotyntsev that he was not barred from filing a separate action.

Having received all the exhibits the Court will consider in connection with the three motions at Dkt. Nos. 538, 541, and 542, the Court sets the following procedure for briefing and resolution of

those motions.  Plaintiff Gary Tatintsian and his counsel are ordered to file an opposition to the motions filed at Dkt. No. 538 and 541 no later than January 28, 2026.  Any opposition must address both motions.  Defendant may file a single reply in support to of both motions no later than February 14, 2026.  The opposition and the reply must conform with limits set forth in Local Civil Rule 7.1.

Defendant is directed to serve copies of the motion for sanctions and supporting documentation against Mr. Snyder on Mr. Snyder and file proof of service no later than January 9, 2026.  Mr. Snyder's opposition is due no later than February 6, 2026.  Defendant's reply, if any, is due February 13, 2026.

The Court once again reminds Mr. Vorotyntsev that the filing of exhibits on the docket does not satisfy his obligation to provide the Court with the exhibits he intends to introduce at trial.  For guidance on how to comply with that order, the Court directs Mr. Vorotyntsev to Rules 5(B) and 5(E) of the Court's Individual Rules of Practice in Civil Cases.  The Court also reminds Mr. Vorotyntsev of its prior order directing him to maintain the same numbering system that he previously used to provide Plaintiff with copies of his exhibits.  *See* Dkt No. 533.

The Court reminds Defendant that he must direct his filings to the Pro Se intake office if he is unable to file on ECF.  The Court does not accept submissions sent to the Chamber's inbox.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 534, 536, and 542 and mail a copy of this order to Defendant by certified mail.

SO ORDERED.

Dated: January 6, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge

2