

**MEMORANDUM ENDORSED**

January 13, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2026

**VIA ECF**
The Honorable Gregory H. Woods, U.S.D.J.
Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Tatintsian v. Vorotyntsev et. al.*, Case No. 16 Civ. 7203 (GHW)

Dear Judge Woods:

On behalf of Plaintiff Gary Tatintsian, I write to request that the in-person court conference this Court scheduled today for January 16, 2026 be scheduled to a different date, as I will be traveling out of state on Friday on a preplanned trip and will not return until Tuesday. I am available January 21-23 and January 26-28 for any such conference. Thank you for your consideration.

Respectfully submitted,

/s/ Kristen Santillo

Kristen Santillo

Application granted. The conference scheduled for January 16, 2026 at 10:00 a.m. in this matter and in the case captioned 1:16-cv-8029 is adjourned to January 26, 2026 at 10:00 a.m. The location of the conference will remain the same. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 550, to file a copy of this order on the docket for the case captioned 1:16-cv-8029, and to mail a copy of this order to Defendant by certified mail.

SO ORDERED.
Dated: January 13, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Gelber & Santillo PLLC, 52 Duane Street, 7th Floor, New York, NY 10007
Tel: 212-227-4743 Fax: 212-227-7371