USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                 :

GARY TATINTSIAN,                     :
                                 :

                      Plaintiff,     :              1:16-cv-7203-GHW
                                 :

            -v-                  :              <u>ORDER</u>
                                 :

MIKHAIL VOROTYNTSEV,       :
                                 :

                    Defendant.    :
                                 :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

Mr. Vorotyntsev made several requests of the Court in connection with his motion for sanctions against his former counsel, Mr. Snyder on January 17, 2026. Dkt. No. 555. Mr. Vorotyntsev also filed a letter on January 19, 2026. Dkt. No 556. The Cour does not understand that letter to contain any requests of the Court. He also made several requests of the Court in connection with counsel for Plaintiff's representations that she did not have copies of Plaintiff's exhibits. Dkt. No. 558. Counsel responded that same day. Dkt No. 559. Among other requests, Mr. Vorotyntsev asked the Court to reconsider its denial of an extension to file trial exhibits and to issue a protective order against Mr. Snyder. The Court will not grant any of Mr. Vorotyntsev's requests at this time.

To the extent that Mr. Vorotyntsev's requests overlap with his motions for sanctions, the Court will take up those requests when it rules on the motions for sanctions. *See* Dkt. Nos. 537, 537, 542.

The Court will not reconsider its firm deadlines. The Court understands that Mr. Vorotyntsev has submitted exhibits electronically. He is still obligated to submit them in physical copy no later than January 26, 2026 at 10:00 a.m.

The Court will take up Mr. Vorotyntsev's request for a protective order during the

conference scheduled for January 26, 2026.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).  The Clerk of Court is directed to mail a copy of this order to Defendant by certified mail and to terminate the motions pending at Dkt. Nos. 555, 558.

SO ORDERED.

Dated:  January 23, 2026

_____
GREGORY H. WOODS
United States District Judge

2