USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                                 :

GARY TATINTSIAN,

                          Plaintiff,    :               1:16-cv-7203-GHW

                   -v-               :               1:16-cv-8029-GHW

MIKHAIL VOROTYNTSEV,        :               ORDER

                  Defendant.  :

------------------------------------------------------------ X
------------------------------------------------------------ X
                             :

DMITRIY KHMALADZE, *et al.*,

                        Plaintiffs, :

                 -v-             :

MIKHAIL VOROTYNTSEV, *et al.*,  :

                 Defendants. :

------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      The Court reminds the parties that the conference scheduled for January 26, 2026 at 10:00 a.m. in these matters is scheduled to go forward in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

      If the courthouse is closed on January 26, 2026 due to inclement weather, the conference will not go forward in-person as scheduled. In that circumstance, the Court will issue a separate order to reschedule the conference. Notices regarding court operations can be found on the Court's website at https://www.nysd.uscourts.gov/ or by calling 212-805-0515.

      For avoidance of doubt, the conference will go forward at the scheduled date and time, in

Courtroom 12C, unless the courthouse is closed or the Court orders otherwise.  The parties are advised to plan accordingly.

The Clerk of Court is directed to mail a copy of this order to Defendants by certified mail.

SO ORDERED.

Dated: January 23, 2026

_____
GREGORY H. WOODS
United States District Judge

2