USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                            :

GARY TATINTSIAN,                             :

                                     :

                       Plaintiff,    :           1:16-cv-7203-GHW

                                     :

            -v-                         :           ORDER

                                     :

MIKHAIL VOROTYNTSEV,             :

                                     :

                     Defendant.   :

                                     :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The Court held a status conference in this case on January 29, 2026 to take up several issues related to the trial set to begin on March 23, 2026 and various requests made by Mr. Vorotyntsev. The Court took up Mr. Vorotyntev's failure to provide the Court with trial exhibits, set briefing schedules for Mr. Vorotyntsev's motions for sanctions and his motion for relief under Federal Rule of Civil Procedure 60, and considered Mr. Vorotyntsev's request for a protective order.

As stated on the record, Mr. Vorotyntsev's deadline to file exhibits in full compliance with the Court's Individual Rules of Practice in Civil Cases is extended to February 12, 2026. The Court reminds Mr. Vorotyntsev to assign the same number to the exhibits as he did in the exhibit list submitted in connection with the trial previously scheduled in this case. . As extensively discussed on the record, Mr. Vorotyntsev must appropriately label his exhibits. Mr. Vorotyntsev must provide both the Court and Plaintiff copies of his properly labeled exhibits. The Court will not further extend this deadline.

As stated on the record, Mr. Snyder's deadline to respond to Mr. Vorotyntsev's motion for sanctions, Dkt. No. 542, is February 27, 2026. Mr. Vorotyntsev may file a reply one week after service of Mr. Snyder's response. No later than February 11, 2026, Mr. Snyder must file a letter informing the Court of his views on his ethical obligations and attorney-client privilege and the

effect, if any, of Mr. Vorotyntsev's filing of his motion for sanctions on those obligations. Mr. Vorotyntsev may file a response no later than February 17, 2026.

The Court orders Mr. Tatintsian to file a response to Mr. Vorotyntsev's motion for sanctions against Plaintiff and his counsel, Dkt. No. 538, no later than February 19, 2026. Mr. Vorotyntsev's reply, if any, is due no later than March 4, 2026. The Court adopts the same schedule for Mr. Vorotyntsev's motion seeking relief under Federal Rule of Civil Procedure 60. Dkt. No. 552-1. As the Court has indicated previously and as reiterated on the record, the Court does not expect the consideration of these motions—or Ms. Vorotyntseva's motion to intervene under Federal Rule of Civil Procedure 24—to impact the timeline for the trial set to begin on March 23, 2026.

Finally, for the reasons stated on the record during the conference held on January 29, 2026, the request for a protective order is denied without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Defendant by certified mail and to terminate the motion pending at Dkt. No. 562.

SO ORDERED.

Dated: January 29, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2