USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

GARY TATINTSIAN,

                              Plaintiff,      :                 1:16-cv-7203-GHW

                  -v-                :                 ORDER

MIKHAIL VOROTYNTSEV,

                          Defendant.  :

------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

In the pretrial conference held on January 29, 2026, the Court—recognizing that Defendant is proceeding *pro se*—explained the proper procedure for submission of exhibits in compliance with the Court's Individual Rules of Practice in Civil Cases and the Court's prior orders. The Court set a firm deadline for Defendant to submit his exhibits. That deadline was February 12, 2026.

On February 12, 2026, the Court received physical copies of documents that the Court understands to be Defendant's trial exhibits. The Court did not receive any documents electronically.

No later than February 13, 2026, Plaintiff is directed to file a letter informing the Court whether he has received Defendant's trial exhibits and, if so, if that submission complies with the Court's Individual Rules and the Court's prior orders.

The Clerk of Court is directed to mail a copy of this order to Defendant by certified mail.

SO ORDERED.

Dated: February 13, 2026
      New York, New York

                                      GREGORY H. WOODS
                               United States District Judge