UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2026
```

-------------------------------------------------------------------- X
                               :

GARY TATINTSIAN,                     :

                               :

                    Plaintiff,     :             1:16-cv-7203-GHW

                               :

            -v-                  :                 ORDER

                               :

MIKHAIL VOROTYNTSEV,       :

                               :

                Defendant.    :

                               :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In the pretrial conference held on January 29, 2026, the Court—recognizing that Defendant is proceeding *pro se*—explained the proper procedure for submission of exhibits in compliance with the Court's Individual Rules of Practice in Civil Cases and the Court's prior orders. The Court set a firm deadline for Defendant to submit his exhibits. That deadline was February 12, 2026.

On February 12, 2026, the Court received physical copies of documents that the Court understands to be Defendant's trial exhibits. The Court did not receive any documents electronically. On February 13, 2026, counsel for Plaintiff informed the Court that she has also not received trial exhibits. Accordingly, Mr. Vorotyntsev is ordered to provide Plaintiff with trial exhibits forthwith, and in no event later than Friday, February 20, 2026 at 4:00 p.m. By end of day, Plaintiff is ordered to file a letter informing the Court if he has received Defendant's trial exhibits.

The Clerk of Court is directed to mail a copy of this order to Defendant by certified mail.

SO ORDERED.

Dated: February 18, 2026
       New York, New York

                                  _____
                                      GREGORY H. WOODS
                                United States District Judge