UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2026

-------------------------------------------------------------------- X
                              :

GARY TATINTSIAN,                    :

                            :

               Plaintiff,     :                 1:16-cv-7203-GHW

                            :

         -v-              :                 ORDER

                            :

MIKHAIL VOROTYNTSEV,       :

                            :

            Defendant.   :

                            :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In accordance with the Court's Individual Rules of Practice in Civil Cases, each party seeking to offer deposition designations must submit them as a native Excel spreadsheet by email. *See* Individual Rule 5(B)(iv). "Each cell containing a deposition designation or counter designation must include a 'comment' that reproduces the excerpted testimony referenced in the designation or counter-designation." *Id.*

The Court has a copy of Mr. Vorotyntsev's deposition designations. He has not complied with the Court's Individual Rules requiring a "comment" and has instead indicated that the portion of testimony he seeks to offer is annotated with highlighting. The Court does not have a copy of the deposition transcripts with this highlighting and therefore cannot rule on Plaintiff's objections.

Accordingly, if Mr. Vorotyntsev still seeks to offer deposition designations, Mr. Vorotyntsev is ordered to submit a copy of his deposition designations in compliance with the Court's Individual Rules no later than Friday, February 27, 2026 at 5:00 p.m. He must submit his designations via email, copying Plaintiff's counsel. He must include Plaintiff's objections.

The Clerk of Court is directed to mail a copy of this order to Defendant.

SO ORDERED.

Dated: February 24, 2026
      New York, New York

_____
GREGORY H. WOODS
United States District Judge
