USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  03/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

GARY TATINTSIAN,  :
:
:
Plaintiff,  :
:
-v-  :                          1:16-cv-7203-GHW
:
MIKHAIL VOROTYNTSEV,  :                          ORDER
:
Defendant.  :
:
X

--------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

The telephonic conference scheduled for March 11, 2026 is adjourned to March 12, 2026 at 9:30 a.m.  The conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

The Court is in receipt of Mr. Vorotyntsev's requests in his filings dated March 9, 2026.  *See* Dkt. Nos. 606, 607, 608.  At the final pretrial conference held on March 3, 2026, the Court provided the parties with three drafts of documents to be read to the venire on the first day of trial set to begin on March 23, 2026:  (1) a summary of the facts; (2) a summary of the law; (3) voir dire questions.  The Court requested that the parties provide their feedback no later than March 9, 2026. The Court did not receive feedback from either party.  The Court understands that Mr. Vorotyntsev did not maintain copies of the documents shared with the parties at the final pretrial conference. Accordingly, the Court has provided electronic copies of these draft documents to the parties.  The parties are ordered to provide their feedback no later than Wednesday, March 11, 2026.

The Court will address Mr. Vorotyntsev's remaining requests in due course.

Platiniff is ordered to email a copy of this order to Defendant.  The Clerk of Court is

directed to mail a copy of this order to Defendant by certified mail.

      SO ORDERED.

Dated:  March 10, 2026
        New York, New York

                                    GREGORY H. WOODS
                               United States District Judge

2