USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  03/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                    :

GARY TATINTSIAN,                      :
                                    :

                Plaintiff, :

                                    :
             -v-                   :                  1:16-cv-7203-GHW
                                    :

MIKHAIL VOROTYNTSEV,        :                  ORDER
                                    :

               Defendant. :

                                    :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 12, 2026, the Court held a conference in this case and took up several pending requests by Defendant, included his renewed motions *in limine* and his requests at Dkt. Nos. 606 and 607.  For the reasons stated on the record, the motions *in limine* are denied.

The Court will not detail the full scope of its review of Mr. Vorotyntsev's requests in Dkt. Nos. 606 and 607 and directs the parties to transcript of the conference for the Court's full comments.  For the reasons stated on the record, those requests are denied.

As stated on the record, the Court expects that the parties will come to an agreement in advance of trial on the complete designations that Defendant seeks to introduce at trial from the pool of designations for which the Court did not sustain an objection.  Defendant is ordered to submit the version reflecting the parties' agreement no later than March 16, 2026.

As stated on the record, the Court has reviewed Defendant's proposed changes to the materials to be shared with the venire.  The Court will share revised versions of those materials in due course.

The Clerk of Court is directed to mail a copy of this order to Defendant by certified mail and to terminate the motions pending at Dkt. Nos. 606 and 607.

SO ORDERED.

Dated:  March 12, 2026
        New York, New York

_____
GREGORY H. WOODS
United States District Judge