USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  03/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                   :

GARY TATINTSIAN,                         :

                                          Plaintiff,  :

                               :                                    1:16-cv-7203-GHW

                 -v-                   :

                               :

MIKHAIL VOROTYNTSEV,         :                        ORDER

                               :

                         Defendant.  :

                               :

------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On March 13, 2026, Plaintiff moved to dismiss his remaining claim under Federal Rule of Civil Procedure 41(a)(2).  Dkt. No. 623.  If Defendant opposes this motion, he must file his brief in opposition no later than March 16, 2026 at 5:00 p.m.  Plaintiff's reply, if any, is due no later than one business day following service of Defendant's opposition.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order or the order at Dkt. No. 618 would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Defendant.

SO ORDERED.

Dated: March 13, 2026

                                     _____
                                      GREGORY H. WOODS
                                  United States District Judge