USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  03/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

GARY TATINTSIAN,

                                       Plaintiff,

                      -v-

MIKHAIL VOROTYNTSEV,

                                 Defendant.

------------------------------------------------------------ X

1:16-cv-7203-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On March 13, 2026, Plaintiff moved to dismiss his remaining claim under Federal Rule of Civil Procedure 41(a)(2). Dkt. No. 623. Defendant opposed that motion. *See* Dkt. No. 627. The motion was fully briefed when Plaintiff filed his reply on March 17, 2026. Dkt. No. 628. The Court granted Plaintiff's motion the same day and adjourned the trial that was set to begin on March 23, 2026. Dkt. No. 629. Defendant now seeks leave to file a sur-reply. Dkt. No. 631. That request is denied because the Court has already resolved Plaintiff's motion.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Defendant.

SO ORDERED.

Dated:  March 17, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge