USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/27/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
                                                 :

GARY TATINTSIAN,                   :
                                                 :

                        Plaintiff,  :

                                                 :

             -v-                 :               1:16-cv-7203-GHW

                                                 :

MIKHAIL VOROTYNTSEV,       :              ORDER

                                               :

                      Defendant.  :

                                               :
----------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On March 11, 2026, Mr. Vorotyntsev filed a motion to consolidate this case with 1:16-cv-8029 (the "Khmaladze Action"), another case in which he is a defendant. Dkt. No. 612 (the "Motion").

On September 4, 2024, Shoplink and Mr. Vorotyntsev made a similar request of the Court. *See* Dkt. Nos. 415, 417. The parties raised similar arguments to Mr. Vorotyntsev's principal argument here—namely, that Plaintiff's formation of a competing entity ("Agnicore") was related to the counterclaims asserted on behalf of the corporate entities in the Khmaladze Action. On October 9, 2024, the Court denied that request. *See* Dkt. No. 424.

Mr. Vorotyntsev's present request for consolidation does not identify any reason to deviate from the Court's prior decision. His motion is premised on the formation of Agnicore as linking the counterclaims by corporate entities pending in the Khmaladze Action and claims pending in this case. The Court considered and rejected these arguments previously. Dkt. No. 424. And the rational for denying the motion applies with even greater force at this stage in the litigation. The Court has dismissed Mr. Tatintsian's claim of securities fraud and adjourned the trial. Dkt. No. 629.

There is no need, therefore, for a consolidated trial because no claims are being actively litigated in this case for which the Court expects there to be a trial.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 612 and mail a copy of this order to Defendant.

SO ORDERED.

Dated: March 27, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2