**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
GARY TATINTSIAN,

                                Plaintiff,                    16 **CIVIL** 7203 (GHW)

           -against-                                **JUDGMENT**

  MIKHAIL VOROTYNTSEV,

                             Defendant.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated March 27, 2026, Shoplink's claims against Mr. Zubchevich and Mr. Vorotyntsev's claims against Mr. Zubchevich are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is hereby entered as follows: For Mr. Vorotyntsev on Counts I, II, III, IV, and V of Mr. Tatintsian's complaint. For Ms. Vorotyntseva on Counts IV and V of Mr. Tatintsian's complaint. For Mr. Tatintsian on Counts IIII of Mr. Vorotyntsev's counterclaims and Counts IXI of Shoplink's counterclaims. For Mr. Khmaladze, ITAdapter, Mr. Zubchevich, and Diabetica on Counts I and II of the Third-Party Complaint. For Mr. Zubchevich on Counts III and IV of the Third-Party Complaint and Counts I IX of Shoplink's Third-Party Complaint; accordingly, the case is closed.

**Dated:**  New York, New York

      March 31, 2026

                                            **TAMMI M. HELLWIG**
                                    _____
                                         **Clerk of Court**

                        BY:           _____
                                      **Deputy Clerk**